EXHIBIT 2

Exhibit 2

# MASTERS DE PLATINO

| ARTISTA | ALBUM | NOMBRE DE TEMAS | # DE TEMAS | RELEASE DATE |
|---------|-------|-----------------|-----------|--------------|
| ADOLFO URIAS | BURBUJAS DE AMOR | | 13 | 2009 |
| | | 1- BURBUJAS DE AMOR | | |
| | | 2- PORQUE NO FUI TU AMIGO NADA MAS | | |
| | | 3- ESO NO SE VALE | | |
| | | 4- CUANDO MAS LAS QUIERES | | |
| | | 5- PARA QUE VOLVER | | |
| | | 6- MAL PAGADORA | | |
| | | 7- HE NACIDO PARA TI | | |
| | | 8- TE SIGO AMANDO | | |
| | | 9- AVISAME | | |
| | | 10- ELCELLULAR | | |
| | | 11- QUE INGRATO ES EL AMOR | | |
| | | 12- LA INCONDICIONAL | | |
| | | 13- SE ME CERRO EL MUNDO | | |
| ADOLFO URIAS | UN LOBO ENAMORADO | | 10 | 2011 |
| | | 1- COMO UN PERRO | | |
| | | 2- ANDO QUE ME LLEVA | | |
| | | 3- MI EQUIVOCACION | | |
| | | 4- OTRA VEZ VOLVI A LLORAR | | |
| | | 5- PERDI TU AMOR | | |
| | | 6- MARES DE LICOR | | |
| | | 7- VENGANZA CUMPLIDA | | |
| | | 8- NO ME VENGAS CON LLORAR | | |
| | | 9- MI SEGUNDA MADRE | | |
| | | 10- TE SEGUIRE AMANDO | | |
| ADOLFO URIAS | PASION Y SENTIMIENTO | | 10 | 2011 |
| | Temas inéditos | 1- ENTREGAME TU AMOR | | |
| | | 2- LOS DOS MENONITAS | | |
| | | 3- BESOS MUERTOS | | |
| | | 4- LA CHUPARROSA | | |
| | | 5- EL ROMPECABEZAS | | |
| | | 6- BESOS DE AVENTURA | | |
| ADOLFO URIAS | TU ERES MI ANGEL | | 12 | 2012 |
| | | 1- NI HABLAR | | |
| | | 2- EL DIABLO EN UNA BOTELLA | | |
| | | 3- LO MUCHO QUE TE AMO | | |
| | | 4- BESAME | | |
| | | 5- AMOR EN SECRETO | | |
| | | 6- TENGO GANAS | | |
| | | 7- DE ESTA SIERRA A LA OTRA SIERRA | | |
| | | 8- REGALAME TU AMOR | | |
| | | 9- CORAZON ROMANTICO | | |

Exhibit 2

| | | | | |
|---|---|---|---|---|
| | | 10- ESTRELLA CAIDA | | |
| | | 11- COMO DE QUE NO | | |
| | | 12- A PESAR DE TU ENGAÑO | | |
| ALEGRES DE LA SIERRA | VIDITA MIA | | 12 | 2012 |
| | | 1- A LOS ANGELES DEL CIELO | | |
| | | 2- EL PASEANTE | | |
| | | 3- PARA QUE QUERES VOLVER | | |
| | | 4- COMO OLVIDARTE | | |
| | | 5- VIDITA MIA | | |
| | | 6- MIS CANCIONES DE AMOR | | |
| | | 7- Y NUNCA COMPRENDI | | |
| | | 8- POLOS OPUESTOS | | |
| | | 9- YA DESPUES DE MUERTO | | |
| | | 10- LOS TESOROS MAS GRANDES | | |
| | | 11- CONTESTA POR FAVOR | | |
| | | 12- NO LLORES MIS RECUERDOS | | |
| ADIKTO | ADIKTO A TU AMOR | | 13 | 2010 |
| | | 1- MI NIÑA BONITA | | |
| | | 2- HEROE | | |
| | | 3- SI TU TE VAS | | |
| | | 4- VIVIR SIN TI | | |
| | | 5- EL MISMO DOLOR | | |
| | | 6- COMO EL VIENTO | | |
| | | 7- FIESTA EN SANTIAGO | | |
| | | 8- YO TE VOY A AMAR | | |
| | | 9- NUNCA VOY A OLVIDARTE | | |
| | | 10- LUNES POR LA TARDE | | |
| | | 11- MENTIROSA | | |
| | | 12- NADIE COMO TU | | |
| | | 13- BORRACHO CAIDO | | |
| ALBERTO ASKENAZI | REFLEXIONES | | 15 | 2009 |
| | | 1- OBSESION | | |
| | | 2- DESDE MI VENTANA | | |
| | | 3- OTRA VEZ | | |
| | | 4- LOS SOLITARIOS | | |
| | | 5- MAS BELLA QUE AYER | | |
| | | 6- EMBRUJO | | |
| | | 7- PALABRAS DE AMOR | | |
| | | 8- NOCTURNO | | |
| | | 9- LINDA | | |
| | | 10- EVOCACION | | |
| | | 11- MORIR POR TI | | |
| | | 12- INTERLUDO | | |
| | | 13- NOSTALGIA | | |
| | | 14- INOCENCIA | | |
| | | 15- BAMBINA | | |
| ALBERTO ASKENAZI | MEDITANDO CON EL SEÑOR | | 15 | 2009 |
| | | 1- SO MANY TIMES (instrumental) | | |
| | | 2- VOLVER A VERTE | | |

Exhibit 2

| | | | | |
|---|---|---|---|---|
| | | 3- ENCUENTRO | | |
| | | 4- OTOÑO EN ACAPULCO | | |
| | | 5- MURMULLOS | | |
| | | 6- NUESTRO JARDIN | | |
| | | 7- ONDINE | | |
| | | 8- AQUELLOS DIAS (instrumental) | | |
| | | 9- SO MANY TIMES | | |
| | | 10- TAN LEJOS | | |
| | | 11- SO MANY TIMES | | |
| | | 12- TAN LEJOS | | |
| | | 13- LLUEVE | | |
| | | 14- AÑORANZA | | |
| | | 15- MY DREAM | | |
| AZUCAR NEGRA | GRANDES REMIXES DE LA SONORA SANTANERA | | 20 | 2011 |
| | | 11- EL LADRON | | |
| | | 12- EL BOTONES | | |
| | | 13- MI ADIOS | | |
| | | 14- CORAZON DE ACERO | | |
| | | 15- LOS ARETES DE LA LUNA | | |
| | | 16- EL ORANGUTAN | | |
| | | 17- MARIPOSA FUGAZ | | |
| | | 18- CON UN BESO | | |
| | | 19- QUE GANAS TU | | |
| | | 20- ME DA VERGUENZA | | |
| CARLOS Y JOSE | EL CIELO ESTABA LLORANDO | | 12 | 1995 |
| | | 2- MUJER IMPOSIBLE | | |
| | | 3- LA CAMA DE PIEDRA | | |
| | | 4- ESTA NOCHE TOCARE TU PUERTA | | |
| | | 5- PERDAMONOS | | |
| | | 6- FALSA Y TRAICIONERA | | |
| | | 7- EN MI RANCHO | | |
| | | 8- MI SINO | | |
| | | 9- EL HIJO AGRADECIDO | | |
| | | 10- PARTE DE MI SANGRE | | |
| | | 11- ME VOY A CHIAPAS | | |
| | | 12- CUMBIA NORTEÑA | | |
| CHAYITO VALDEZ | MI LEGADO MUSICAL | DISCO 1 | 37 | 2016 |
| | | 1- BESOS Y COPAS | | |
| | | 2- SON HABLADAS | | |
| | | 3- TRES VECES TE ENGAÑE | | |
| | | 4- MI SOLDADITA | | |
| | | 5- SE MARCHO | | |
| | | 7- NO DISCUTAMOS | | |
| | | 9- AHORA QUE TE VAS | | |
| | | 11- SAN JUAN DEL RIO | | |
| | | 12- UNA NOCHE ME EMBRIAGUE | | |
| | | DISCO 2 | | |
| | | 1- CELOSA | | |
| | | 2- HABLANDO CLARO | | |
| | | 3- TE VAS O TE QUEDAS | | |

| | | | | |
|---|---|---|---|---|
| | | 4- EL GOLPE TRAIDOR | | |
| | | 5- AMOR QUE MUERE | | |
| | | 8- AL VER QUE TE VAS | | |
| | | 9- IDOS DE LA MENTE | | |
| | | 10- EL MORO DE CUMPAS | | |
| | | 11- UNA SOLA CAIDA | | |
| | | 12- AUNQUE TENGAS RAZON | | |
| | | 13- LAS PALOMAS | | |
| | | DISCO 3 | | |
| | | 1- IMPOSIBLE OLVIDARTE | | |
| | | 2- LA SILLA VACIA | | |
| | | 3- TE DEJARE PARTIR | | |
| | | 4- EL AMOR DE TU VIDA | | |
| | | 5- LA BIKINA | | |
| | | 11- CHEQUE EN BLANCO | | |
| | | 12- MIA NOMAS | | |
| GRUPO LOS ZAINOS DEL NORTE | 10 GRANDES EXITOS (Los Tucanes) | | 10 | 2010 |
| | | 1- LA CHONA | | |
| | | 2- ME ROBASTE EL CORAZON | | |
| | | 3- MUNDO DE AMOR | | |
| | | 4- 6 PIES BOVA ABAJO | | |
| | | 5- COMO ME GUSTA | | |
| | | 6- LOS DICHOS DE LUPITA | | |
| | | 7- MIS TRES ANIMALES | | |
| | | 8- PORQUE ME ENAMORE DE TI | | |
| | | 9- TUS VERDADES | | |
| | | 10- SECUESTRO DE AMOR | | |
| PRISCILA Y SUS BALAS DE PLATA | CELEBRANDO EL BICENTENARIO DE MEXICO | | 12 | 2010 |
| | | 1- LA BABY DEL VALLE | | |
| | | 2- BAILAMOS | | |
| | | 3- CARMELITA | | |
| | | 4- LA CHAMACA | | |
| | | 5- EL CHAMUSCADERO | | |
| | | 6- DE REYNOSA A MATAMOROS | | |
| | | 7- LLEGANDO A MONTERREY | | |
| | | 8- ORALIA | | |
| | | 9- EL OSO NEGRO | | |
| | | 10- LA PANAMERICANA | | |
| | | 11- LA POTRANCA | | |
| SIMBA MUSICAL | SI AUN HAY AMOR | | 12 | 2009 |
| | | 1- SI AUN HAY AMOR | | |
| | | 2- DILE | | |
| | | 3- ENAMORADO DE TI | | |
| | | 4- DESTINO MALDITO | | |
| | | 5- LEYDA | | |
| | | 6- CADA VEZ | | |
| | | 7- SANGRA EL CORAZON | | |
| | | 8- FALDITA COQUETA | | |
| | | 9- TE ESTAN MATANDO LOS AÑOS | | |
| | | 10- ENAMORADO | | |

Exhibit 2

| | | | | |
|---|---|---|---|---|
| | | 11- ESA CHIQUILLA | | |
| | | 12- VEN A MI | | |
| TIRZO | DE DOBLE SENTIDO Y ALGO MAS | | 12 | 2010 |
| | | 1- METIENDO TELA | | |
| | | 2- SAQUEN LOS CARTONES | | |
| | | 3- CHUPANDO CAÑA | | |
| | | 4- TU PAPA YA QUIERE | | |
| | | 5- CASI SIEMPRE ESTOY PENSANDO EN TI | | |
| | | 6- LA ….NNNNNDEJA | | |
| | | 7- TODO LO QUE ACABA EN ONA | | |
| | | 8- LA VECINITA | | |
| | | 9- COMO ADAN Y EVA | | |
| | | 10- EL HUERFANO ALAZAN | | |
| | | 11- PERIQUITO CHIMOLERO | | |
| | | 12- CULPABLE O NO | | |
| TLALPEHUALA SHOW | SOY PARA TI | | 13 | 2009 |
| | | 1- A TI TE REGALO | | |
| | | 2- AMANDOTE | | |
| | | 3- SOY PARA TI | | |
| | | 4- LO MEJOR QUE ME PASO | | |
| | | 5- LUCIENDO LA TANGUITA | | |
| | | 6- PERDISTE LA FLOR | | |
| | | 7- POCA PENA | | |
| | | 8- POR TU AMOR | | |
| | | 9- QUIEN SERA | | |
| | | 10- SIEMPRE DEBES DE LUCHAR | | |
| | | 11- SIN TU AMOR | | |
| | | 12- ERES EL AMOR | | |
| | | 13- VEN | | |
| TRIBAL DANCE | PURA CONEXION | | 13 | 2012 |
| | | MUEVETE ASI | | |
| | | 1- MUEVETE ASI | | |
| | | 2- TE INVITO A BAILAR | | |
| | | 3- TRIBAL LATINO | | |
| | | 4- EXTASIS TRIBAL | | |
| | | 5- CADA VUELTA DE ESQUINA | | |
| | | 6- MEZCLA MORTAL | | |
| | | 7- QUE SUENE LA BANDA | | |
| | | 8- NO QUIERO NADA | | |
| | | 9- TRIBAL NAHUATL | | |
| | | 10- CONEXION TRIBAL | | |
| | | 11- PON LA MANO ARRIBA | | |
| | | 12- LA TIERRA DONDE NACI | | |
| | | 12- AQUI EN MI CIUDAD | | |
| TROPICAL CARIBE | A BAILAR CUMBIA | | 20 | 2011 |
| | | 1- TENEMOS ALGO EN COMUN | | |
| | | 2- SEXOO FUERTE | | |
| | | 3- TOMAME O DEJAME | | |
| | | 4- TONTO | | |
| | | 5- CORAZON DE PAPEL | | |

Exhibit 2

| | | | | |
|---|---|---|---|---|
| | | 6- DESDE QUE TU TE HAS IDO | | |
| | | 7- BESAME MUCHO | | |
| | | 8- HOMBRECITO | | |
| | | 9- DIME PORQUE | | |
| | | 10- QUE SEAS FELIZ | | |
| | | 11- COMO TU MUJER | | |
| | | 12- EL LECHERO | | |
| | | 13- EL GRILLO ENAMORADO | | |
| | | 14- SI ME QUIERES POR QUE TE VAS | | |
| | | 15- HARE LO MISMO | | |
| | | 16- A BAILAR LA CUMBIA | | |
| | | 17- LUZ DE MI ALBORADA | | |
| | | 18- ME ENAMORE DE TI | | |
| | | 19- PIÑA CON LIMON | | |
| | | 20- SOSPECHITA | | |
| ORGANIZACION ACAPULCO | LA VIUDITA | | 10 | 2009 |
| | | 1- LA VIUDITA | | |
| | | 2- RUMBO A LA COSTA | | |
| | | 3- LA PISINGA | | |
| | | 4- EL GUSTO | | |
| | | 5- CUMBIA BORRACHA | | |
| | | 6- SON | | |
| | | 7- MAMBO CACHERO | | |
| | | 8- YA NO PIENSO EN TI | | |
| | | 9- ABEL ARISMENDI | | |
| | | 10- RUBEN RAMOS | | |
| | | | | |
| EL COSTEÑO (JAVIER CARRANZA) | EN VIVO DESDE TEATRO LOS PINOS | EL SHOW DE JAVIER CARRANZA | 1 SHOW | 2011 |
| | | | | |
| EL COSTEÑO (JAVIER CARRANZA) | EN VIVO DESDE ACAPULCO | 1. AL SON DE LA RISA PARTE 1 | 9 SHOWS | 2011 |
| | | 2. PROCURA | | |
| | | 3. AL SON DE LA RISA PARTE 2 | | |
| | | 4. AL SON DE LA RISA PARTE 3 | | |
| | | 5. AL SON DE LA RISA PARTE 4 | | |
| | | 6. AL SON DE LA RISA PARTE 5 | | |
| | | 7. AL SON DE LA RISA PARTE 6 | | |
| | | 8. SOMOS | | |
| | | 9. MELINA | | |
| | | | | |
| EL COSTEÑO (JAVIER CARRANZA) | A HUEVO EL MEJOR | 1. EL SHOW 1 | 4 SHOWS | 2011 |
| | | 2. EL SHOW 2 | | |
| | | 3. EL SHOW 3 | | |
| | | 4. EL SHOW 4 | | |
| | | | | |
| EL MG Y SU NORTEÑO BANDA | TE MUEVES BIEN MACHIN | 1. TE MUEVES BIEN MACHIN | 10 TEMAS | 2011 |
| | | 2. EL PESCUEZO DEL POLLO | | |
| | | 3. LA CERCA | | |
| | | 4. LA CHICA DE MIS SUEÑOS | | |
| | | 5. LA DAMA DEL CORVETTE NEGRO | | |
| | | 6. MUJER MUJER | | |

Exhibit 2

| | | 8. PORQUE TU NO ESTAS | | |
| | | 9. VAS A SUFRIR | | |
| | | 10. PA LA RAZA DEL BARRIO | | |
| | | | | |
| ENAMORADO DE TIERRRA CALIENTE | HABLANDO CLARO | 1. ME ENAMORE DE TI | 12 TEMAS | 2010 |
| | | 2. ARREPIENTETE | | |
| | | 3. SE QUE TE AMO | | |
| | | 4. PERDONAME | | |
| | | 5. EL PERDEDOR | | |
| | | 6. ME BEBI TU RECUERDO | | |
| | | 7. LA PALETA | | |
| | | 8. EL BORREGO | | |
| | | 9. SIMPLEMENTE AMIGOS | | |
| | | 10. HABLANDO CLARO | | |
| | | 11. NUNCA SOLA | | |
| | | 12. EL ULTIMO SUSPIRO | | |
| | | | | |
| GRUPO ENERGIA NUCLEAR (EXITOS DE ALEJANDRO FERNANDEZ) | 10 GRANDES EXITOS | 1. ES LA MUJER | 10 TEMAS | 2010 |
| | | 2. QUE BUENO | | |
| | | 3. CASCOS LIGEROS | | |
| | | 4. NUVE VIAJERA | | |
| | | 5. COMO QUIEN PIERDE UNA ESTRELLA | | |
| | | 6. MOÑO NEGRO | | |
| | | 7. A LA VERA DEL CAMINO | | |
| | | 8. PIEL DE NIÑA | | |
| | | 9. AMOR DE LOS DOS | | |
| | | 10. LA MITAD QUE ME FALTABA | | |
| | | | | |
| GRUPO ENERGIA NUCLEAR (EXITOS DE MANA) | 10 GRANDES EXITOS | 5. COMO DUELE EN LOS LABIOS | 10 TEMAS (7 TEMAS REPETIDOS) | 2010 |
| | | 7. HUNDIDO EN UN RINCON | | |
| | | 9. CLAVADO EN UN BAR | | |
| | | | | |
| HERENCIA MEXICANA | EN CONCIERTO XV ANIVERSARIO | 1. PRESENTACION | 20 TEMAS | 2015 |
| | | 3. EL LOCO | | |
| | | 4. UNA LIMOSNA | | |
| | | 5. AMOR DE CUATRO PAREDES | | |
| | | 6. PURO MICHOACAN | | |
| | | 7. MUCHO CORAZON | | |
| | | 8. URGE | | |
| | | 10. TATUAJES | | |
| | | 11. COMO YO TE AME | | |
| | | 12. GAVILAN GAVILANCILLO - EL COFRECITO | | |
| | | 13. LA DERROTA | | |
| | | 14. UNA AVENTURA | | |
| | | 15. CARIÑO NUEVO | | |
| | | 16. PRESENTACION DE POPURRI HOMENAJE A NUESTROS PADRES | | |
| | | 17. POPURRI HOMENAJE A NUESTROS PADRES | | |
| | | 18. ME ESTAS MINTIENDO | | |

**Exhibit 2**

| | | 19. TU NO SABES AMAR | | |
|---|---|---|---|---|
| | | 21. LA MADRUGADA | | |
| | | 22. MEXICO LINDO Y QUERIDO | | |
| | | 23. DESPEDIDA | | |
| | | | | |
| JHADAI | ALABADO SEA EL SEÑOR | 1. POPURRI "BIEN VENIDA" NO IMPORTA EL SITIO | 12 TEMAS | 2010 |
| | | 2. POPURRI "ESPIRITU SANTO" UNA FUENTE DE GOZO | | |
| | | 3. HOY HE VUELTO | | |
| | | 4. SANTISIMA TRINIDAD | | |
| | | 5. MI ROCA FUERTE/ TU NOMBRE LEVANTARE | | |
| | | 6. DEN GRACIAS | | |
| | | 7. UN MISMO CUERPO | | |
| | | 8. TU ME LEVANTARAS | | |
| | | 9. VEN FUEGO DE LO ALTO | | |
| | | 10. EL ESPIRITU DE DIOS ESTA EN ESTE LUGAR | | |
| | | 11. VAMOS JUNTOS | | |
| | | 12. QUE DETALLE | | |
| | | | | |
| MAXIMO NORTE | AUNQUE MAL PAGUEN ELLAS... | 1. AUNQUE MAL PAGUEN ELLAS | 12 TEMAS | 2009 |
| | | 2. QUE SE VAYA AL DIABLO | | |
| | | 3. YA TE OLVIDE | | |
| | | 4. TE SIGO AMANDO | | |
| | | 5. FALSO AMOR | | |
| | | 6. CORAZON CORAZONCITO | | |
| | | 7. CON EL ALMA EN LA MANO | | |
| | | 8. CUANDO YO QUERIA SER GRANDE | | |
| | | 9. REDONDITO CAL | | |
| | | 10. CORAZON DE PAPEL | | |
| | | 11. CABALLO PRIETO AZABACHE | | |
| | | 12. HASTA EL DIA DE HOY | | |
| | | | | |
| MI BANDA DE JEREZ | RECUERDOS DEL TERRE | 1. SERA PORQUE TE AMO | 12 TEMAS | 2009 |
| | | 2. BESOS Y COPAS | | |
| | | 3. NA, NA, NA, (DULCE NIÑA) | | |
| | | 4. VARELIANO DE LEON | | |
| | | 5. A ESCONDIDAS | | |
| | | 6. UN IDIOTA | | |
| | | 7. VOLVERE | | |
| | | 8. EL CABALLO MOJINO | | |
| | | 9. SABES A CHOCOLATE | | |
| | | 10. ENSEÑATE  A PERDER | | |
| | | 11. MI VIEJITA LINDA | | |
| | | 12. REPROCHES AL VIENTO | | |
| | | | | |
| MERCENARIO | 20 EXITOS DE AMOR | 1. QUIERES SER MI AMANTE | 20 TEMAS | 2011 |
| | | 2. QUE MALA | | |
| | | 3. ME ENAMORE DE UN IMPOSIBLE | | |
| | | 4. QUIERO QUE VUELVAS | | |
| | | 5. DE NORTE A SUR | | |
| | | 6. ASI ERES TU | | |

8

Exhibit 2

| | | | | |
|---|---|---|---|---|
| | | 7. ENAMORATE DE MI | | |
| | | 8. LINDA CHIQUILLA | | |
| | | 9. TE AMARE | | |
| | | 10. PORQUE TE AMO | | |
| | | 11. SERA PORQUE TE AMO | | |
| | | 12. BESOS DE PAPEL | | |
| | | 13. LA PELOTITA DEL AMOR | | |
| | | 14. BARRIO POBRE | | |
| | | 15. TODAS LAS NOCHES | | |
| | | 16. 1+1=2 ENAMORADOS | | |
| | | 17. LAS FLORES DEL JARDIN | | |
| | | 18. AQUI ESPERANDOTE | | |
| | | 19. ESE COSQUILLEO | | |
| | | 20. TRAICIONERA | | |
| MARIACHI IMPERIAL DE MEXICO | SERENATA CON AMOR VOL. 1 | 1. POPURRI: JUAN GABRIEL SE ME OLVIDO OTRA VEZ | 10 TEMAS | 2012 |
| | | 2. LA DIFERENCIA | | |
| | | 3. TE PARECES TANTO A MI | | |
| | | 4. EL RELOJ | | |
| | | 5. PARA QUE LLORAR | | |
| | | 6. SABOR A MI | | |
| | | 7. AMORCITO CORAZON | | |
| | | 8. CIEN AÑOS | | |
| | | 9. CUANDO YO QUIERA HAS DE VOLVER | | |
| | | 10. JURAME | | |
| | | | | |
| MARIACHI JUVENIL DE MEXICO (VICENTE FERNANDEZ) | 1O GRANDES EXITOS | 1. QUE DE RARO TIENE | 10 TEMAS | 2010 |
| | | 2. LA LEY DEL MONTE | | |
| | | 3. QUE TE VAYA BONITO | | |
| | | 4. EL REY | | |
| | | 5.TU CAMINO Y EL MIO | | |
| | | 6. LAS LLAVES DE MI ALMA | | |
| | | 7.VOLVER, VOLVER | | |
| | | 8. SI ACASO VUELVES | | |
| | | 9. AUNQUE ME DUELA EL ALMA | | |
| | | 10. NOS ESTORBO LA ROPA | | |
| | | | | |
| MARCOS PUENTES | CLAVE ROJA | 1. LA CARROZA NEGRA | 10 TEMAS | 2001 |
| | | 2. CUATRO TONELADAS | | |
| | | 3. LA FUGA DEL CHAPO | | |
| | | 4. EL GALLO CALLEJERO | | |
| | | 5. EL REY DE LOS TRAFICANTES | | |
| | | 6. EN CULIACAN ME PASEO | | |
| | | 7. BALA PERDIDA | | |
| | | 8. LOS CAMINOS DE MICHOACAN | | |
| | | 9. CLAVE ROJA | | |
| | | 10. FABRICANTE DE CLAVOS | | |
| | | | | |
| NORTEÑOS DE OJINAGA | 20 CORRIDOS Y NORTEÑAS DE ARRANQUE | 6. EL LLANTO DE UNA VIUDA | 20 TEMAS (17 TEMAS REPETIDOS) | 2011 |

9

**Exhibit 2**

| | | | | |
|---|---|---|---|---|
| | | 15. JUAN SOBERANO | | |
| | | 17. EL MANDADO | | |
| | | | | |
| | | | | |
| NORTEÑOS DE OJINAGA | 20 REATAZOS NORTEÑOS | 8. MI NAVIDAD | 20 TEMAS (18 REPETIDOS) | 2012 |
| | | 10. SIN MI | | |
| | | | | |
| RIGO TOVAR Y SIMBA MUSICAL | CELEBRANDO SU CUMPLEAÑOS (EN VIVO) | 1. LAS MAÑANITAS | 12 TEMAS | 2012 |
| | | 2. OH QUE GUSTO DE VOLVERTE A VER | | |
| | | 3. NO QUE NO | | |
| | | 4. LA SIRENITA | | |
| | | 5. MI MATAMOROS QUERIDO | | |
| | | 6. OASIS DE AMOR | | |
| | | 7. RECORDANDO MONTERREY | | |
| | | 8. SERENATA DE CUMPLEAN1OS | | |
| | | 9. ME QUIERO CASAR | | |
| | | 1O. NOCHE DE PASION | | |
| | | 11. ADIOS RIGO TOVAR | | |
| | | 12. QUIZAS, QUIZAS, QUIZAS | | |
| | | | | |
| ROBERTO BELESTER | MI SENTIR NORTEÑO | 1. QUE SE TE OFRESE | 12 TEMAS | 2009 |
| | | 2. ME NACIO DEL ALMA | | |
| | | 3. TU RECUERDO DUELE | | |
| | | 4. A PUNTO DE LLORAR | | |
| | | 5. DIME AMORCITO | | |
| | | 6. SI SE TE OFRECE AMOR | | |
| | | 7. NO QUIERO VOLVER | | |
| | | 8. NECESITO DECIRTELO | | |
| | | 9. CON TANTO AMOR | | |
| | | 10. INOLVIDABLE AMOR | | |
| | | 11. AMOR DE BARRO | | |
| | | 12. ME LA ROBASTE | | |
| | | | | |
| RAFAEL ALEJANDRO | MIS XV AÑOS | 1. TIEMPO DE VALS | 15 TEMAS | 2010 |
| | | 2. DE NIÑA A MUJER | | |
| | | 3. LA ULTIMA MUÑECA | | |
| | | 4. VALS DE LAS MARIPOSAS | | |
| | | 5. MARCHA TRIUNFAL DE AIDA | | |
| | | 6. VALS FASCINACION | | |
| | | 7. BALADA PARA ADELINA | | |
| | | 8. HISTORIA DE UN AMOR | | |
| | | 9. FLAUTA DE PAN | | |
| | | 10. DIOS NUNCA MUERE | | |
| | | 11. VALS DE LOS QUINCE AÑOS | | |
| | | 12. CUENTO DE LOS BOSQUES DE VIENA | | |
| | | 13. CORAZON DE SILVIA | | |
| | | 14. EL NAVAJO AZUL | | |
| | | 15. LAS MAÑANITAS | | |
| | | | | |
| RAFAEL ALEJANDRO | MAÑANITAS Y CUMPLEAÑOS | 1. BRINDO POR TU CUMPLEAÑOS | 12 TEMAS (1 TEMA REPETIDO) | 2010 |

10

Exhibit 2

| | | | | |
|---|---|---|---|---|
| | | 2. EN TU DIA | | |
| | | 4. DESPIERTA | | |
| | | 5. SERENATA TAPATIA | | |
| | | 6. MAÑANITAS GUADALUPANAS | | |
| | | 7. LAS MAÑANITAS MEXICANAS | | |
| | | 8. MAÑANITAS A MI PADRE | | |
| | | 9. MAÑANITAS A LAS MADRES | | |
| | | 10. MAÑANITAS A MI MADRE | | |
| | | 11. LAS MAÑANITAS TAPATIAS | | |
| | | 12. HAPPY BIRTHDAY | | |
| | | | | |
| ROBERTO JORDAN | HOY Y SIEMPRE | 1. AMOR DE ESTUDIANTE | 15 TEMAS | 2013 |
| | | 2. HAZME UNA SEÑAL | | |
| | | 3. TU CABEZA EN MI HOMBRO | | |
| | | 4. PAYASITO | | |
| | | 5. 1,2,3 DETENTE | | |
| | | 6. ROSA MARCHITA | | |
| | | 7. NO SE HA DADO CUENTA | | |
| | | 8. CONFIDENTE DE SECUNDARIA | | |
| | | 9. ACAPULCO ROCK | | |
| | | 10. AGUJETAS DE COLOR DE ROSA | | |
| | | 11. LA CHICA DE LOS OJOS CAFES | | |
| | | 12. EL CAFE DEL ROCK | | |
| | | 13. GINA | | |
| | | 14. JUEGOS EN MI MENTE | | |
| | | 15. TEQUILA CON LIMON | | |
| | | | | |
| LOS PUMAS DEL NORTE | ATRAPADOS | 1. ATRAPADO | 12 TEMAS | 2009 |
| | | 2. BUSCADO | | |
| | | 3. DESVELADO DE AMOR | | |
| | | 4. EL TRENECITO | | |
| | | 5. ESCRITO ESTABA | | |
| | | 6. LLEGO LA HORA | | |
| | | 7. MI DAMA | | |
| | | 8. MORENITA DE SAN LUIS POTOSI | | |
| | | 9. NECESITO DE TI | | |
| | | 10. QUE MILAGRO CHAPARRITA | | |
| | | 11. QUISIERA SER YO | | |
| | | 12. SEDUCCION | | |
| | | | | |
| LOS RIVALS DE MEXICO | MUEVELO, QUE MUEVELO | 1. TE HE DE QUERER | 12 TEMAS | 2009 |
| | | 2. DOS ENAMORADOS | | |
| | | 3. NO ESTOY CONFORME | | |
| | | 4. ERROR TRAS ERROR | | |
| | | 5. LA CAMA DE PIEDRA | | |
| | | 6. CHAPARRITA PELO NEGRO | | |
| | | 7. MI PADRE | | |
| | | 8. PARA SIEMPRE | | |
| | | 9. SIN FORTUNA | | |
| | | 10. EL REY DE LOS CAMINOS | | |

11

Exhibit 2

| | | 11. LA TRAIGO BIEN PARADA | | |
|---|---|---|---|---|
| | | 12. MUEVELO | | |
| VICENTE INFANTE | INDOCUMENTADO | 1. INDOCUMENTADO | 13 TEMAS | 2009 |
| | | 2. QUE TE DEJARON PLANTADO | | |
| | | 3. TREINTA DIAS QUE NO TE MIRO | | |
| | | 4. AMIGO MIO | | |
| | | 5. Y SI ME DAS UN BESITO | | |
| | | 6. TIEMPO AL TIEMPO | | |
| | | 7. EL CURA SE ENAMORO | | |
| | | 8. RULETERO | | |
| | | 9. SOLO CONTIGO | | |
| | | 10. MI FANTASIA | | |
| | | 11. VUELVE OTRA VEZ | | |
| | | 12. MY HERO (BARACK OBAMA) | | |
| | | 13. SENSATION (WALTZ INSTRUMENTAL) | | |
| | | | | |
| BANDA BAHIA | TERREMOTO MUSICAL | | 12 | 1994 |
| | | 1  EL CUMBANCHERO | | |
| | | 2  EL CAMPESINO | | |
| | | 3  SI COMO NO | | |
| | | 4  ME FUI DEL PUEBLO | | |
| | | 5  COMPADRE | | |
| | | 6  TU FRACASO | | |
| | | 7  AGARRENSE DE LAS MANOS | | |
| | | 8  HUMILDE AMOR | | |
| | | 9  EL PELAO MONDAO | | |
| | | 10  EL TORO GUACO | | |
| | | 11  LE PONDREMOS JORGE AL NIÑO | | |
| | | 12  EL CORRIDO DE LOS CORA | | |
| | | | | |
| BANDA 30 - 30 | SANTA CLAUS A RITMO DE QUEBRADITA | | 10 | 1994 |
| | | 1  SANTA CLAUS VIENE AL PUEBLO | | |
| | | 2  CAMPANAS DE PLATA | | |
| | | 3  EL FRIO HOMBRE DE LAS NIEVES | | |
| | | 4  MELCHOR GASPAR Y BALTAZAR | | |
| | | 5  CAMPANAS NAVIDEÑAS | | |
| | | 6  EL RENO DE LA NARIZ ROJA (RUDOLPH THE RED NOSE REINDEER) | | |
| | | 7  NOCHE DE PAZ | | |
| | | 8  FELICES PASCUAS | | |
| | | 9  MAMACITA DONDE ESTA SANTA CLAUS | | |
| | | 10 BLANCA NAVIDAD | | |
| | | | | |
| BANDA LAMENTO SHOW DE DURANGO | EN VIVO DESDE TIERRA CALIENTE | | 13 | 2009 |
| | | 1  INTRODUCCION | | |
| | | 2  PALOMA HERRANTE | | |
| | | 3  DARIO IBARRA | | |
| | | 4  EL ABANDONADO | | |
| | | 5  LA PARRA | | |

12

Exhibit 2

| | | | | |
|---|---|---|---|---|
| | | 6  CON UN POLVO Y OTRO POLVO | | |
| | | 7  MI DESTINO FUE QUERERTE | | |
| | | 8  PALILLOS CHINOS | | |
| | | 9  TERESO REVERTE | | |
| | | 10 LO QUE MAS ME MARTIRIZA | | |
| | | 11 EMPESARE A OLVIDARTE | | |
| | | 12 LOS 500 NOVILLOS | | |
| | | 13 LA NOCHE QUE CHICAGO MURIO A.K.A. THE NIGHT CHICASGO DIED | | |
| | | | | |
| BANDA MACHOS | SI VOLVIERA A NACER | | 12 | 2013 |
| | | 1  ATAQUES DE ANSIEDAD | | |
| | | 2  DIME VEN | | |
| | | 3  EL CORRIDO DEL GRINGO | | |
| | | 4  EL REY | | |
| | | 5  ELLA TIENE UN AMANTE | | |
| | | 6  LA CULEBRA | | |
| | | 7  LEJOS ESTAMOS MEJOR | | |
| | | 8  MAMA SOLTERA | | |
| | | 9  ME LLAMO RAQUEL (REGGAETON) | | |
| | | 10 SI VOLVIERA A NACER | | |
| | | 11 SOMOS AIRE | | |
| | | 12 UN DIA ESPECIAL | | |
| | | | | |
| BANDA MACHOS | 25 ANIVERSARIO | | 20 | 2015 |
| | | 1  ME LLAMO RAQUEL | | |
| | | 2  MI TESORO | | |
| | | 3  VIVIR SIN ELLA | | |
| | | 4  ENTRE AMIGOS | | |
| | | 5  LA CULEBRA | | |
| | | 6  TU OTRO ADIOS | | |
| | | 7  UN INDIO QUIERO LLORAR | | |
| | | 8  AL GATON Y AL RATON | | |
| | | 9  TRAFICANTES MEXICANOS | | |
| | | 10 UNA HISTIRA SIN FIN | | |
| | | 11 LA SUEGRA | | |
| | | 12 USTED | | |
| | | 13 BESANDO BORRACHOS | | |
| | | 14 CASIMIRA | | |
| | | 15 LEÑA DE PIRUL | | |
| | | 16 LA GUERITA | | |
| | | 17 SANGRE DE INDIO | | |
| | | 18 ESCUADRAS DEL SUR | | |
| | | 19 MI LUNA MI ESTRELLA | | |
| | | 20 MONEDITA DE ORO | | |
| | | | | |
| BANDA TORO | LA NOCHE QUE CHICAGO MURIO | | 12 | 2013 |
| | | 1  EL PELON | | |
| | | 2  LA TREGUA | | |
| | | 3  EL MALA SUERTE | | |
| | | 4  EL TEJANO | | |

Exhibit 2

| | | | | |
|---|---|---|---|---|
| | | 5  LA CALANDRIA | | |
| | | 6  CERRO DE ORTEGA | | |
| | | 7  EL CORRIDO DE PEDRO ANAYA | | |
| | | 8  EL REMEDIO | | |
| | | 9  EL CANTADOR | | |
| | | 10 RIOS DE BABILONIA | | |
| | | 11 LAS REJAS NO MATAN | | |
| | | 12 LA NOCHE QUE CHICAGO MURIO | | |
| | | | | |
| BANDA VALLARTA SHOW | RINDE HOMENAJE A UN GRANDE | | 12 | 2009 |
| | | 1  AUNQUE TE ENAMORES | | |
| | | 2  SIEMPRE EN MI MENTE | | |
| | | 3  QUERIDA | | |
| | | 4  INSENSIBLE | | |
| | | 5  NOA, NOA | | |
| | | 6  TE VOY A OLVIDAR | | |
| | | 7  CON TU AMOR | | |
| | | 8  NO ME VUELVO A ENAMORAR | | |
| | | 9  TE LO PIDO POR FAVOR | | |
| | | 10 SOLO SE QUE FUE EN MARZO | | |
| | | 11 NO VALE LA PENA | | |
| | | 12 DEJAME | | |
| | | | | |
| BRAZEROS MUSICAL | ULTIMAS NOTICIAS | | 12 | 2012 |
| | | 1  Y AUN PIENSO EN TI | | |
| | | 2  DUELE | | |
| | | 3  DIME COMO | | |
| | | 4  LA BATEA | | |
| | | 5  LA RAZON | | |
| | | 6  PALOMA EN SU NIDO | | |
| | | 7  EN CADA VIDA | | |
| | | 8  ULTIMAS NOTICIAS | | |
| | | 9  MI PRINCESA | | |
| | | 10 CUANRO TE FUISTE | | |
| | | 11 POR UN CAMINITO | | |
| | | 12 NO SE OLVIDAR | | |
| | | | | |
| DINORA | LA REYNA DEL CORAZON | | 10 | 2009 |
| | | 1  LA REINA | | |
| | | 2  EL DEMENTE | | |
| | | 3  FUE UN PLACER CONOCERTE | | |
| | | 4  INVENTAME | | |
| | | 5  COMO TU | | |
| | | 6  MATAME | | |
| | | 7  PODRIA VOLVER | | |
| | | 8  QUE BUENA SUERTE | | |
| | | 9  QUE SACRIFICIO A.K.A.  SABE DIOS | | |
| | | 10 SEÑORITA CUMBIA | | |
| | | | | |

14

Exhibit 2

| INDIRA MONTES | 12 ROSAS PARA MI GUADALUPANA | | 12 | 2010 |
|---|---|---|---|---|
| | | 1  VIRGEN INDIA | | |
| | | 2  VIRGENCITA MEXICANA | | |
| | | 3  MI VIRGEN RANCHERA | | |
| | | 4  CANTO GUADALUPANO | | |
| | | 5  !OH! VIRGEN SANTA | | |
| | | 6  VIRGENCITA DE GUADALUPE | | |
| | | 7  LA MUJER QUE YO AMO | | |
| | | 8  PLEGARIA GUADALUPANA | | |
| | | 9  LAS 4 APARICIONES | | |
| | | 10 DEL CIELO BAJO | | |
| | | 11 MAMA LUPITA | | |
| | | 12 MI LINDA GUADALUPITA | | |
| | | | | |
| INDUSTRIA DEL AMOR | PARA TI | | 10 | 1992 |
| | | 1  SI LO HUBIERA SABIDO | | |
| | | 2  Y TU CON EL | | |
| | | 3  AYUDAME | | |
| | | 4  SABOR AL CALDO | | |
| | | 5  ENSEÑAME | | |
| | | 6  ENAMORADO DE TUS OJOS | | |
| | | 7  SIEMPRE TE AMARE | | |
| | | 8  MI CHATITA | | |
| | | 9  TE SIGO ESPERANDO | | |
| | | 10 VUELE VUELA | | |
| | | | | |
| INDUSTRIA DEL AMOR | VERANO DE AMOR | | 12 | 1993 |
| | | 1  TU NACSITE PARA MI | | |
| | | 2  ESTA VEZ | | |
| | | 3  ME QUEDE LLORANDO | | |
| | | 4  AMOR, AMOR | | |
| | | 5  VOY A TIRARME | | |
| | | 6  LO QUE MAS EXTRAÑO | | |
| | | 7  ROSAS ROJAS | | |
| | | 8  ELLA SE MARCHO | | |
| | | 9  HASTA QUE TE CONOCI | | |
| | | 10 BAILAR Y SOÑAR CONTIGO | | |
| | | 11 PARA QUE | | |
| | | 12 REY DE OROS | | |
| | | | | |
| INDUSTRIA DEL AMOR | A CAPA Y ESPADA | 1  DOS ENAMORADOS | 10 | 1994 |
| | | 2  REFLEXIONA | | |
| | | 3  CUANDO UN AMOR SE VA | | |
| | | 4  LA CHAPETEADITA | | |
| | | 5  NUNCA DEJARE DE QUERERTE | | |
| | | 6  TODAVIA TE QUIERO | | |
| | | 7  NO HAY NECESIDAD | | |
| | | 8  NO TE IMAGINAS | | |
| | | 9  AMOR DE POBRE | | |
| | | 10 A CAPA Y ESPADA | | |

15

Exhibit 2

| | | | | |
|---|---|---|---|---|
| INDUSTRIA DEL AMOR | EN VIVO CON...... | | 15 | 1995 |
| | | 1  INTRODUCCION | | |
| | | 2  DOS ENAMORADOS | | |
| | | 3  NADIE OCUPA TU LUGAR | | |
| | | 4  REY DE OROS | | |
| | | 5  SI TE QUEDARAS | | |
| | | 6  SERENATA HUASTECA | | |
| | | 7  QUIERO A ESA MUJER | | |
| | | 8  ENAMORADO DE TUS OJOS | | |
| | | 9  LOCO ENAMORADO | | |
| | | 10 MI ULTIMA PARRANDA | | |
| | | 11 OTRO LLEGA DEL PASADO | | |
| | | 12 TAL VEZ | | |
| | | 13 SEÑORA | | |
| | | 14 CORRIDO DE LOS PEREZ | | |
| | | 15 GRACIAS | | |
| | | | | |
| LA AUTORIDAD DE LA SIERRA | CONTRA VIENTO Y MAREA | | 12 | 2011 |
| | | 1  ERA LA PRIMERA VEZ | | |
| | | 2  CREISTE | | |
| | | 3  HUY QUE MIEDO | | |
| | | 4  PIROMANIACO | | |
| | | 5  VEZ QUE NO ES IGUAL | | |
| | | 6  NO SOMOS NADA | | |
| | | 7  SE ME HIZO FACIL | | |
| | | 8  QUIEN QUIERE ESTE CORAZON | | |
| | | 9  SIGO SIENDO SOLTERO | | |
| | | 10 DOS HOMBRE UN DESTINO | | |
| | | 11 DEL CIELO CAYO UNA ROSA | | |
| | | 12 ME GUSTAS | | |
| | | | | |
| LA NOBLEZA DE AGUILILLA | ARREANDO LA MULA | | 12 | 2009 |
| | | 1  CON QUE ME PAGAS | | |
| | | 2  ME MANDO AL DIABLO MI REINA | | |
| | | 3  SOLO UN SUEÑO | | |
| | | 4  DESPUES DE AMARLA | | |
| | | 5  NO PIENSES MAL | | |
| | | 6  ES UN CAPRICHO | | |
| | | 7  TE EXTRAÑO | | |
| | | 8  ARREANDO LA MULA | | |
| | | 9  TIENES QUE VIVIR CONMIGO | | |
| | | 10 MENOS CONTIGO | | |
| | | 11 CHULOS OJOS | | |
| | | 12 UNA VIEJA CHICHARRA | | |
| | | | | |
| LA NOBLEZA DE AGUILILLA | Y COMO QUIERES QUE TE QUIERA | | 9 | 2010 |
| | | 2  UNA AVENTUA | | |
| | | 3  EL ATOL DE ELOTE | | |
| | | 4  EL AMOR | | |

| | | | | |
|---|---|---|---|---|
| | | 5  LA RANITA | | |
| | | 6  ACABAME DE MATAR | | |
| | | 7  CON TU RECUERDO EN EL ALMA | | |
| | | 8  TODO LO QUE RNGO ES TUYO | | |
| | | 9  ESTA TRISTEZA MIA | | |
| | | 10 A CAMBIO DE QUE | | |
| | | | | |
| LA NOBLE ZA AGUILILLA | LAS NUMERO 1 DE..... | | 3 | 2012 |
| | | 7  POR UNA MUJER BONITA | | |
| | | 13 AMIGO MIO | | |
| | | 20 UNA PAGINA MAS | | |
| | | | | |
| LA NOBLEZA DE AGUILILLA | CONQUISTANDO FRONTERAS | | 12 | 2013 |
| | | 1  EL TARASCO | | |
| | | 2  EL PRESO OLVIDADO | | |
| | | 3  ORGULLOSA Y BONITA | | |
| | | 4  TRES MUJERES | | |
| | | 5  TE VOY A OLVIDAR | | |
| | | 6  QUE CHULADA DE MUJER | | |
| | | 7  ANTES DE QUE TE VAYAS | | |
| | | 8  JUAN COLORADO | | |
| | | 9  CAMINOS DE MICHIACAN | | |
| | | 10 ERA CABRON EL VIEJO | | |
| | | 11 MI CASA NUEVA | | |
| | | 12 EL CHUMA | | |
| | | | | |
| LA NOBLEZA DE AGUILILLA | PERDONAME POR AMARTE | | 8 | 2015 |
| | | 3  UNA MUJER | | |
| | | 4  ENTRE TU Y YO | | |
| | | 5  CON TU RECUERDO EN EL ALMA | | |
| | | 6  VEINTE DIAS | | |
| | | 7  EN SILENCIO | | |
| | | 8  AMARGURA DE AMOR | | |
| | | 10 AY AMOR TU SIEMPRE GANAS | | |
| | | 13 AMOR DEL ALMA | | |
| | | | | |
| LINDEROS DEL NORTE | LOCO POR TU AMOR | | 12 | 2011 |
| | | 1  CON QUIEN ESTES | | |
| | | 2  LA GITANILLA | | |
| | | 3  LOCO POR TU AMOR | | |
| | | 4  VETE YA | | |
| | | 5  EL AMANTE | | |
| | | 6  Y YO | | |
| | | 7  LA QUE SE FUE | | |
| | | 8  NADA QUE ME RECUERDE A TI | | |
| | | 9  YO LO CONOSCO | | |
| | | 10 BESOS Y COPAS | | |
| | | 11 DIRECTO AL CORAZON | | |
| | | 12 SE FUE MI PALOMA | | |

Exhibit 2

| LA PRESCENCIA | TAN ENAMORADOS | | 10 | 2009 |
|---|---|---|---|---|
| | | 1  TAN ENAMORADOS | | |
| | | 2  ORO MALDITO | | |
| | | 3  TE PIDO | | |
| | | 4  QUIERO IMAGINAR | | |
| | | 5  MARIPOSA | | |
| | | 6  ARREPENTIDO | | |
| | | 7  ELLA | | |
| | | 8  EL NEGRO JOSE | | |
| | | 9  ATAUD NEGRO | | |
| | | 10 NOVIEMBRE SI TI | | |
| | | | | |
| LAMENTO SHOW DE DURANGO | LAS MIL Y UNA NOCHES | | 11 | 2013 |
| | | 1  25 DE DICIEMBRE | | |
| | | 2  DONDE ESTES, CON QUIEN ESTES | | |
| | | 3  EL NO SABE | | |
| | | 4  BIRIBIP | | |
| | | 5  EN REALIDAD | | |
| | | 6  LA YEGUA CEBRUNA | | |
| | | 7  LAS MIL Y UNA NOCHES | | |
| | | 8  NO VAS A ENCONTRAR | | |
| | | 9  PEOR DE LOS CAMINOS | | |
| | | 10 POR ELLA | | |
| | | 11 Y TU QUE HARIAS | | |
| | | | | |
| LAS VALENZUELA | FRENTE A FRENTE | | 12 | 2013 |
| | | 1  DE MIL MANERAS | | |
| | | 2  FRENTE A FRENTE | | |
| | | 3  NO QUIERO VERTE MAS | | |
| | | 4  CINCO MINUTOS | | |
| | | 5  CUANDO TU NO ESTAS CONMIGO | | |
| | | 6  COMO TE VA MI AMOR | | |
| | | 7  EN CARNE VIVA | | |
| | | 8  SOLO EL Y YO | | |
| | | 9  COMO UNA MARIPOSA | | |
| | | 10 NO PUEDO DEJAR DE PENSAR EN TI | | |
| | | 11 ALGUIEN LLENA MI LUGAR | | |
| | | 12 PARA ESCIBIR TU NOMBRE | | |
| | | | | |
| LAS VALENZUELA | PARA EL MUNDO | | 13 | 2012 |
| | | 1  NO VUELVAS  MAS | | |
| | | 2  SUBELE A LA RADIO | | |
| | | 3  MUCHA MUJER | | |
| | | 4  ESTE AMOR | | |
| | | 5 NO TENGO GAS DE PERDONAR | | |
| | | 6  COMO PA' QUE | | |
| | | 7  POR ESO YA ME VOY | | |
| | | 8  AHI TE VAS A QUEDAR | | |
| | | 9  EL PRIMER DIA QUE TE VI | | |
| | | 10 OTRA VEZ | | |

18

**Exhibit 2**

| | | | | |
|---|---|---|---|---|
| | | 11 ENTRALE YA | | |
| | | 12 EL ENCIMOSO | | |
| | | 13 MI LINDO GUAYMAS | | |
| | | | | |
| LOS AUTENTICOS DE HIDALGO | A BAILAR BRINCAITO | | 10 | 2011 |
| | | 1  BAILANDO BRINCAITO | | |
| | | 2  COSAS DEL AMOR | | |
| | | 3  TROPELANDO | | |
| | | 4  TE DECLARO MI AMOR | | |
| | | 5  PA' QUE BAILE MI NEGRITA | | |
| | | 6  SI TU ME DEJAS | | |
| | | 7  LAS MICHELADAS | | |
| | | 8  EL COW BOY | | |
| | | 9  MI CHAPARRITA | | |
| | | 10 ESO NO BASTA | | |
| | | | | |
| LOS BRILLANTES DE CRISTO | MI AMOR POR CRISTO | | 15 | 2009 |
| | | 1  A JESUS QUIERO CANTAR | | |
| | | 2  CAMINANDO VOY | | |
| | | 3  QUE NO SE APAGUE EL FUEGO | | |
| | | 4  FUEGO, FEUGO | | |
| | | 5  BENDICION | | |
| | | 6  PROMESA EN LA BIBLIA | | |
| | | 7  LOS ISRAELITAS | | |
| | | 8  PEDRO Y JUAN | | |
| | | 9  GRANITO DE MOSTAZA | | |
| | | 10 YO TE ALABO | | |
| | | 11 CRISTO VIENE | | |
| | | 12 SEGUIR A CRISTO | | |
| | | 13 SEÑOR MI JESUS | | |
| | | 14 LA SANGRE DE JESUS | | |
| | | 15 NOMAS UN POQUITO QUIERO ESTAR AQUI | | |
| | | | | |
| LOS CAMINANTES | LOS CHULOS CHULOS CHULOS | | 10 | 2013 |
| | | 1  CELOSO | | |
| | | 2  QUE NOS ENTIERREN JUNTOS | | |
| | | 3  DERRUMBES | | |
| | | 4  SOMBRAS | | |
| | | 5  SOLAMENTE UN AVEZ | | |
| | | 6  YA LO OLVIDE | | |
| | | 7  ERES MUJER BONITA | | |
| | | 8  DIGANLE | | |
| | | 9  TUS MENTIRAS | | |
| | | 10 LAS ISABELES | | |
| | | | | |
| LOS CAMINANTES | 15 KILATES MUSICALES | | 7 | 2014 |
| | | 2  CELEBRANDO | | |
| | | 6  CIELITO LINDO | | |
| | | 7  MI RANCHITO | | |
| | | 8  BOTELLITAS DE LICOR | | |

| | | | | |
|---|---|---|---|---|
| | | 9  YA SE ME FUERON LOS AÑOS | | |
| | | 13 SI NO REGRESAS | | |
| | | 14 MI LINDO SINALOA | | |
| | | | | |
| LOS CAMINANTES | EPOCA DORADA | UN AÑO MAS SIN TI | 2 | 2015 |
| | | REGALO EQUIVOCADO | | |
| | | | | |
| LOS CAPORALES DE CHIHUAHUA | A MOVERSE AL ESTILO SATEVO!!! | | 12 | 2011 |
| | | 1  POR QUE NO | | |
| | | 2  LO QUE TU ME HISISTE A MI | | |
| | | 3  LOS SOCIOS | | |
| | | 4  MARIA CHUCHENA | | |
| | | 5  ORGULLOSA Y COBARDE | | |
| | | 6  A PUNTO DE LLORAR | | |
| | | 7  TONTO CORAZON | | |
| | | 8  LA LICUADORA | | |
| | | 9  SIEMPRE TE AMARE | | |
| | | 10 MI REYNA | | |
| | | 1 PAULINA | | |
| | | 12 MIS SUEÑOS SON | | |
| | | | | |
| LOS DOS PEQUEÑOS DEL SUR | PURO TIERRA CALIENTE | | 11 | 2013 |
| | | 1  EL PASO DE LA CANGA | | |
| | | 2  EL GARROBI AGUJILLO | | |
| | | 3  CORRIDO DE CONSTANCIA | | |
| | | 4  EL COCOLISO | | |
| | | 5  CAMELIA LA TEXANA | | |
| | | 6  MAURO LORENZO | | |
| | | 7  CIDRONIO MAYO | | |
| | | 8  MIGUEL SANTOS | | |
| | | 9  LOS SEQUEIDA | | |
| | | 10 CORRIDO DE DULCE | | |
| | | 11 LA REBANADA DE SANDIA | | |
| | | | | |
| LOS EMBAJADORES DE TIJUANA | HYPHYANDO | | 12 | 2009 |
| | | 1  PISTEANDO Y LOQUEANDO | | |
| | | 2  VIDA NOCTURNA | | |
| | | 3  PERICO VINO Y MORRITAS | | |
| | | 4  SIGAMOS LA BORRACHERA | | |
| | | 5  PARRANDA EN NAVIDAD | | |
| | | 6  LO QUE ME DUELE | | |
| | | 7  SE ALTERO LA PLEBADA | | |
| | | 8  GALLO DE RANCHO | | |
| | | 9  LAS CHACALOSAS | | |
| | | 10 FILL DE UVAS | | |
| | | 11 EL BAJE | | |
| | | 12 TE RENTO ESTE CORAZON | | |
| | | | | |
| LOS INTERPRETES DEL NORTE | REFLEXIONES…. SE ACERCA EL FINAL | | 10 | 2010 |
| | | 1  YA TODO CAMBIO | | |

**Exhibit 2**

| | | | | |
|---|---|---|---|---|
| | | 2  MI ABOGADO Y JUEZ | | |
| | | 3  SE ACERCA EL FINAL | | |
| | | 4  ESTAMOS A TIEMPO | | |
| | | 5  LA NUEVAS JERUSALEM | | |
| | | 6  RUMBO AL CIELO | | |
| | | 7  FUI PECADOR | | |
| | | 8  PERDONAME SEÑOR | | |
| | | 9  GRACIAS SEÑOR | | |
| | | 10 EL MENSAJE | | |
| | | | | |
| LOS JILGUEROS DEL ARROYO | CARTA JUGADA | | 12 | 2009 |
| | | 1  OJITOS VERDES | | |
| | | 2  LOS PILARES DE LA CARCEL | | |
| | | 3  MI DESTINO FUE QUERERTE | | |
| | | 4  CARTA JUGADA | | |
| | | 5  TENGO RECUERDOS DE TI | | |
| | | 6  EL BARCO LIGERO | | |
| | | 7  HERMOSISIMO LUCERO | | |
| | | 8  MUJER BONITA | | |
| | | 9  PENAS ARRIESGADAS | | |
| | | 11 NI EL ORO NI LAS PIEDRAS DE COLORES | | |
| | | 12 ALBUR DE AMOR | | |
| | | | | |
| LOS JILGUEROS DL ARROYO | PUÑALES DE FUEGO | | 1 | 2009 |
| | | 1  LLORANDO A MI MADRE | | |
| | | 2  PUÑALES DE FUEGO | | |
| | | 3  EL CORRIDO DE LOS VIEJITOS | | |
| | | 4  PALOMA DEL ALMA | | |
| | | 6  DOS COARZONES | | |
| | | 7  SOY VAGABUNDO | | |
| | | 8  EL TORO PALOMO | | |
| | | 9  EL CARRO AMARILLO | | |
| | | 10 POR ULTIMA VEZ TE DIGO | | |
| | | | | |
| | | | | |
| LOS LLAYRAS | REFLEXIONES ESPIRITUALES | | 10 | 2010 |
| | | 1  LA LLAVE DE LA FELICIDAD | | |
| | | 2  NO FUISTE TU QUE ME ESCOGIO | | |
| | | 3  PERDON | | |
| | | 4  NO ME BUSQUES AQUI | | |
| | | 5  YO SOY TU DIOS | | |
| | | 6  UN AMIGO | | |
| | | 7  UN SOLO HOMBE | | |
| | | 8  ORACION AL MAESTRO | | |
| | | 9  EL AILLO DECOMPROMISO | | |
| | | 10 EL AMOR DEL PADRE | | |
| | | | | |
| LOS MALANDRINES | AGUILA BLANCA | | 1 | 2009 |
| | | 1  PERO ACUERDATE, ACUERDATE | | |
| | | 2  Y DICEN | | |

| | | 3  COCINEROS EN EL AIRE | | |
|---|---|---|---|---|
| | | 4  AHUALULCO | | |
| | | 5  PUNTO FINAL | | |
| | | 6  EL AGUILA BLANCA | | |
| | | 7  EL HUERFANITO | | |
| | | 8  PA' SALIR DE POBRE | | |
| | | 9  LA SUEGRA METICHE | | |
| | | 10 EL MICHOACANO | | |
| | | | | |
| LOS MALANDRINES | CORRIDOS C@BRONES .COM | | 10 | 2010 |
| | | 1  EL ANIMAL | | |
| | | 2  7 MUJERES | | |
| | | 3  YA SE HIZO DE MULAS | | |
| | | 4  SOY BIEN MALANDRIN | | |
| | | 5  EL EXORCISTA | | |
| | | 6  PARRANDA MALANDRA | | |
| | | 7  EL CRIOLLITO | | |
| | | 8  SANGRE DE COCODRILO | | |
| | | 9  EL ATRABANCADO | | |
| | | 10 ALEGRE Y ENAMORADO | | |
| | | | | |
| LOS MALANDRINES | CORRIDOS VOL. 2 | | 10 | 2010 |
| | | 1  LA CANELERA | | |
| | | 2  PUÑO DE TIERRA | | |
| | | 3  DE MICHOACAN A CALIFORNIA | | |
| | | 4  CLAVE PRIVADA | | |
| | | 5  CUATRO BOTELLAS | | |
| | | 6  TUMBA SIN CRUZ | | |
| | | 7  MI CARRO COCO | | |
| | | 8  EL ENREDADO | | |
| | | 9  AYER BAJE DE LA SIERRA | | |
| | | 10 CONTRATO CON LA MUERTE | | |
| | | | | |
| LOS MARINEROS DEL NORTE | ESTRUENDOS MUSICALES | | 8 | 2009 |
| | | 1  EL ORGULLO PUDO MAS | | |
| | | 2  NO QUISO ELLA | | |
| | | 3  EL ALMA ME DUELE | | |
| | | 4  CORAZON DURO | | |
| | | 5  LABIOS COLORADOS | | |
| | | 6  MI GUITARRA | | |
| | | 7  TE EXTRAÑO | | |
| | | 8  OJOS GITANOS | | |
| | | | | |
| LOS VALES DE TIERRA CALIENTE | ENTRE COPA Y COPA | | 12 | 2011 |
| | | 1  ABORREZCO | | |
| | | 2  BESOS POR TELEFONO | | |
| | | 3  CRUZ DE AMDERA | | |
| | | 4  UN DIA ESPECIAL | | |
| | | 5  EL BRACERO FRACASADO | | |
| | | 6  EL SEÑOR DE LAS CANAS | | |

22

Exhibit 2

| | | | | |
|---|---|---|---|---|
| | | 7 ENTRE COPA Y COPA | | |
| | | 8 LA ANGUSTIA | | |
| | | 9 LA LAMPARA | | |
| | | 10 VIVES EN MI PENSAMIENTO | | |
| | | 11 EL CARA DE PINGO | | |
| | | 12 SOY YO | | |
| | | | | |
| LOS YONIC'S | QUIEN LO DIRIA | | 12 | 2009 |
| | | 1 QUIEN LO DIRIA | | |
| | | 2 UNA LAGRIMA | | |
| | | 3 ERES MIA | | |
| | | 4 MI NIÑA MIMADA | | |
| | | 5 EN APUSA | | |
| | | 6 UN MUNDO DE RISAS Y SUEÑOS | | |
| | | 7 TU COBARDIA | | |
| | | 8 HAZ VUELTO ABRIR LA HERIDA | | |
| | | 9 TU NO TIENES LA CULPA | | |
| | | 10 QUE NOS PASO | | |
| | | 11 DE PADRE A HIJO | | |
| | | 12 SOLO | | |
| | | | | |
| LOS YONIC'S | VIAJEROS DEL AMOR | | 12 | 2013 |
| | | 1 SERA PORQUE TE AMO | | |
| | | 2 LA DISTANCIA ES COMO EL VIENTO | | |
| | | 3 ME ENAMORO DE TI | | |
| | | 4 CUERPO SIN ALMA | | |
| | | 5 DE RODILLAS | | |
| | | 6 EL MUNDO | | |
| | | 7 MAMA MARIA | | |
| | | 8 COMO HAS HECHO | | |
| | | 9 COMO LAS VIOLETAS | | |
| | | 10 QUE ME IMPORTA EL MUNDO | | |
| | | 11 SIEMPRE TE RECORDARE | | |
| | | 12 ENTRE LILAS Y ROSAS | | |
| | | | | |
| LOS YONIC'S | ROMANTICOS | | 13 | 2015 |
| | | 1 SE HUBIER IDO SOLA | | |
| | | 2 INOVIDABLE AMOR | | |
| | | 4 DIME | | |
| | | 5 PERO TE VAS A ARREPENTIR | | |
| | | 6 FRENTE A FRENTE | | |
| | | 7 PERDON POR TUS LAGRIMAS | | |
| | | 8 SI NO ME QUERIAS | | |
| | | 10 POR JUGAR CON EL AMOR | | |
| | | 12 OLVIDAME | | |
| | | 13 QUE HAGO YO | | |
| | | 14 PALABRAS TRISTES | | |
| | | 15 SERA MEJOR QUE TE VAYAS | | |
| | | 17 ERES MIA | | |

**Exhibit 2**