# EXHIBIT 5

| REGISTRATION NUMBER | REGISTRATION DATE | TITLE |
|---|---|---|
| SR0000341335 | 2002-12-02 | Cinta de amor / Los Rehenes |
| SR0000341329 | 2002-12-02 | Corridos pegaditos / Luis y Julian |
| SR0000341330 | 2002-12-02 | Gozando la cumbia / Los Plebeyos |
| SR0000309048 | 2002-12-11 | Festival Cumbiambero / la Tropa Colombiana |
| SR0000309304 | 2002-12-11 | Sin fortuna / Banda Zirahuen el Orgullo de Michoacan |
| SR0000321633 | 2002-12-12 | Pachanguero / Celso Pina y su Roda Bogota |
| SR0000343615 | 2003-10-06 | 10 buenotas para bailar : vol. 1 / Mariachi Fiesta Mexicana |
| SR0000344695 | 2003-10-06 | Desde Colombia / Celso Pina y su Ronda Bogata |
| SR0000343622 | 2003-10-06 | Fiesta de carnaval / La Mission Colombiana |
| SR0000343624 | 2003-10-06 | Los alegres compadres |
| SR0000343632 | 2003-10-06 | Prieta linda / Los Internacionales de Durango |
| SR0000343625 | 2003-10-06 | Solo por ti / La Mission Colombiana |
| SR0000355196 | 2003-10-06 | Yo no fui / Mariachi Fiesta Mexicana |
| SR0000355194 | 2003-10-10 | Te lo dedico con amor / Los Rehenes |
| SR0000351864 | 2004-03-05 | Pega mix / Grupo Pegasso del Pollo Estevan |
| SR0000349977 | 2004-03-29 | 15 pinazos de exitos / la Banda Pinera |
| SR0000349989 | 2004-03-29 | Cantares y corridos: 20 exitos / Luis y Julian |
| SR0000349990 | 2004-03-29 | Chicanas de pegue: lo ultimo y lo mejor / los Grey's |
| SR0000350371 | 2004-04-16 | 20 para enamorados |
| SR0000355671 | 2004-07-26 | 15 tropi calientes |
| SR0000357983 | 2004-09-21 | 100% bailables / los Plebeyos |
| SR0000360297 | 2004-09-21 | Bailando sin parar / by Mariachi Fiesta Mexicana |
| SR0000356794 | 2004-09-21 | Corridos de rompe y rasga / Luis y Julian |
| SR0000357963 | 2004-09-21 | Fiesta mix / Mariachi Fiesta Mexicana |
| SR0000355192 | 2004-09-21 | Mi amorcito Colombiano / la Tropa Colombiana |
| SR0000360292 | 2004-09-21 | Romanticas de oro / by los Plebeyos |
| SR0000357970 | 2004-09-21 | Siguiendo al corazon / los Grey's |
| SR0000381243 | 2005-11-04 | 15 grandes exitos / El Grupo Pegasso del Pollo Estevan |
| SR0000381233 | 2005-11-04 | Bella silueta / Los Grey's |
| SR0000381231 | 2005-11-04 | Desde Zacatecas / Los Rehenes |
| SR0000381227 | 2005-11-04 | El regreso / Los Plebeyos |
| SR0000381242 | 2005-11-04 | Para tu corazon / Los Rehenes |
| SR0000381232 | 2005-11-04 | Tropi mix / La Tropa Columbiana |
| SR0000378075 | 2005-11-25 | Adios y engano / los Internacionales de Durango |

| | | |
|---|---|---|
| SR0000375311 | 2005-12-02 | La movida es duranguense / Los Grey's |
| SR0000375312 | 2005-12-02 | Sangre caliente |
| SR0000382285 | 2006-01-11 | 30 recuerdos / Los Grey's |
| SR0000382282 | 2006-01-11 | 30 recuerdos / los Plebeyos |
| SR0000382274 | 2006-01-12 | 30 recuerdos / los Rehenes |
| SR0000387017 | 2006-06-02 | 30 recuerdos / Grupo Pegasso del Pollo Estevan & Los Plebeyos |
| SR0000387021 | 2006-06-02 | Recuerdos de amor / Los Grey's |
| SR0000389106 | 2006-07-24 | A lo duranguense / los Internacionales de Durango |
| SR0000409589 | 2007-03-30 | Fiesta de exitos |
| SR0000409599 | 2007-03-30 | Grandes exitos con banda |
| SR0000405760 | 2007-05-25 | Otra vez el amor / by Los Greys |
| SR0000609443 | 2007-08-02 | 15 PEGASSOS CON TUBO |
| SR0000609438 | 2007-08-02 | A LO DURANGUENSE |
| SR0000620221 | 2008-12-11 | Los Rehenes: Siempre Con Amor |
| SR0000620173 | 2008-12-11 | Levantando Polvadera |
| SR0000620220 | 2008-12-11 | Luis Y Julian: Para Corridos |
| SR0000619566 | 2008-12-11 | 15 Gavilanazos |
| SR0000620040 | 2008-12-11 | Banda La Pinera: Exitos Con Banda |
| SR0000622795 | 2009-01-21 | Los Plebeyos: 12 Exitos De |
| SR0000622795 | 2009-01-21 | Los Plebeyos: 12 Exitos De |
| SR0000625561 | 2009-02-25 | Gran Baile Con… |
| SR0000625705 | 2009-02-25 | A Todo Color |
| SR0000636441 | 2009-07-27 | Cada Dia Mas |
| SR0000636422 | 2009-07-27 | El Dolar Negro |
| SR0000636442 | 2009-07-27 | Mis Primeros Pasos |
| SR0000636417 | 2009-07-27 | Luis y Julian: Edixion Platino |
| SR0000638664 | 2009-08-13 | Edixion Platino / Los Plebeyos |
| SR0000638649 | 2009-08-13 | Cumbieros de Corazon |
| SR0000638666 | 2009-08-13 | Historia Grupera |
| SR0000638916 | 2009-08-13 | Los 15 Mejores Exitos |
| SR0000631668 | 2009-09-02 | 20 Huapangueros de Corazon / Various |
| SR0000631662 | 2009-09-02 | Con Banda: Los Plebeyos / Los Rehenes |
| SR0000631678 | 2009-09-02 | El Mayor De Los Rehenes / Paco Romo |
| SR0000631653 | 2009-09-02 | Las Mananitas / Mariachi Super Tecalitlan |
| SR0000631666 | 2009-09-02 | 2 Grandes Del Corrido: Luis y Julian/ Carlos y Jose |
| SR0000641881 | 2009-11-12 | 20 Cumbias Mexicana |

| | | |
|---|---|---|
| SR0000636369 | 2010-01-27 | Edixion Platino / Los Rehenes |
| SR0000644304 | 2010-01-27 | Gritemos La Independencia |
| SR0000644317 | 2010-01-27 | 15 Grandes Huapangos |
| SR0000636369 | 2010-01-27 | Edixion Platino |
| PA0001667314 | 2010-01-27 | Los Grandes De Tierra Caliente A Todo Video |
| SR0000644311 | 2010-01-27 | Polkeando Macizo |
| SR0000636575 | 2010-01-27 | Por El Mundo / Vallenatos De La Cumbia |
| SR0000644322 | 2010-01-27 | A Lo Duranguense |
| SR0000636576 | 2010-01-27 | Los Alegres Del Norte |
| PA0001679884 | 2010-03-05 | Nortenos De Corazon A Todo Video |
| PA0001679879 | 2010-03-15 | Las Preciosas Te Cantan A Todo Video |