AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF | DEFENDANT |
|---|---|
|  |  |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
|  | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No |  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**DISTRIBUTION:**  1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

| REGISTRATION NUMBER | REGISTRATION DATE | TITLE |
|---|---|---|
| SR0000341335 | 2002-12-02 | Cinta de amor / Los Rehenes |
| SR0000341329 | 2002-12-02 | Corridos pegaditos / Luis y Julian |
| SR0000341330 | 2002-12-02 | Gozando la cumbia / Los Plebeyos |
| SR0000309048 | 2002-12-11 | Festival Cumbiambero / la Tropa Colombiana |
| SR0000309304 | 2002-12-11 | Sin fortuna / Banda Zirahuen el Orgullo de Michoacan |
| SR0000321633 | 2002-12-12 | Pachanguero / Celso Pina y su Roda Bogota |
| SR0000343615 | 2003-10-06 | 10 buenotas para bailar : vol. 1 / Mariachi Fiesta Mexicana |
| SR0000344695 | 2003-10-06 | Desde Colombia / Celso Pina y su Ronda Bogata |
| SR0000343622 | 2003-10-06 | Fiesta de carnaval / La Mission Colombiana |
| SR0000343624 | 2003-10-06 | Los alegres compadres |
| SR0000343632 | 2003-10-06 | Prieta linda / Los Internacionales de Durango |
| SR0000343625 | 2003-10-06 | Solo por ti / La Mission Colombiana |
| SR0000355196 | 2003-10-06 | Yo no fui / Mariachi Fiesta Mexicana |
| SR0000355194 | 2003-10-10 | Te lo dedico con amor / Los Rehenes |
| SR0000351864 | 2004-03-05 | Pega mix / Grupo Pegasso del Pollo Estevan |
| SR0000349977 | 2004-03-29 | 15 pinazos de exitos / la Banda Pinera |
| SR0000349989 | 2004-03-29 | Cantares y corridos: 20 exitos / Luis y Julian |
| SR0000349990 | 2004-03-29 | Chicanas de pegue: lo ultimo y lo mejor / los Grey's |
| SR0000350371 | 2004-04-16 | 20 para enamorados |
| SR0000355671 | 2004-07-26 | 15 tropi calientes |
| SR0000357983 | 2004-09-21 | 100% bailables / los Plebeyos |
| SR0000360297 | 2004-09-21 | Bailando sin parar / by Mariachi Fiesta Mexicana |
| SR0000356794 | 2004-09-21 | Corridos de rompe y rasga / Luis y Julian |
| SR0000357963 | 2004-09-21 | Fiesta mix / Mariachi Fiesta Mexicana |
| SR0000355192 | 2004-09-21 | Mi amorcito Colombiano / la Tropa Colombiana |
| SR0000360292 | 2004-09-21 | Romanticas de oro / by los Plebeyos |
| SR0000357970 | 2004-09-21 | Siguiendo al corazon / los Grey's |
| SR0000381243 | 2005-11-04 | 15 grandes exitos / El Grupo Pegasso del Pollo Estevan |
| SR0000381233 | 2005-11-04 | Bella silueta / Los Grey's |
| SR0000381231 | 2005-11-04 | Desde Zacatecas / Los Rehenes |
| SR0000381227 | 2005-11-04 | El regreso / Los Plebeyos |
| SR0000381242 | 2005-11-04 | Para tu corazon / Los Rehenes |
| SR0000381232 | 2005-11-04 | Tropi mix / La Tropa Columbiana |
| SR0000378075 | 2005-11-25 | Adios y engano / los Internacionales de Durango |

| | | |
|---|---|---|
| SR0000375311 | 2005-12-02 | La movida es duranguense / Los Grey's |
| SR0000375312 | 2005-12-02 | Sangre caliente |
| SR0000382285 | 2006-01-11 | 30 recuerdos / Los Grey's |
| SR0000382282 | 2006-01-11 | 30 recuerdos / los Plebeyos |
| SR0000382274 | 2006-01-12 | 30 recuerdos / los Rehenes |
| SR0000387017 | 2006-06-02 | 30 recuerdos / Grupo Pegasso del Pollo Estevan & Los Plebeyos |
| SR0000387021 | 2006-06-02 | Recuerdos de amor / Los Grey's |
| SR0000389106 | 2006-07-24 | A lo duranguense / los Internacionales de Durango |
| SR0000409589 | 2007-03-30 | Fiesta de exitos |
| SR0000409599 | 2007-03-30 | Grandes exitos con banda |
| SR0000405760 | 2007-05-25 | Otra vez el amor / by Los Greys |
| SR0000609443 | 2007-08-02 | 15 PEGASSOS CON TUBO |
| SR0000609438 | 2007-08-02 | A LO DURANGUENSE |
| SR0000620221 | 2008-12-11 | Los Rehenes: Siempre Con Amor |
| SR0000620173 | 2008-12-11 | Levantando Polvadera |
| SR0000620220 | 2008-12-11 | Luis Y Julian: Para Corridos |
| SR0000619566 | 2008-12-11 | 15 Gavilanazos |
| SR0000620040 | 2008-12-11 | Banda La Pinera: Exitos Con Banda |
| SR0000622795 | 2009-01-21 | Los Plebeyos: 12 Exitos De |
| SR0000622795 | 2009-01-21 | Los Plebeyos: 12 Exitos De |
| SR0000625561 | 2009-02-25 | Gran Baile Con… |
| SR0000625705 | 2009-02-25 | A Todo Color |
| SR0000636441 | 2009-07-27 | Cada Dia Mas |
| SR0000636422 | 2009-07-27 | El Dolar Negro |
| SR0000636442 | 2009-07-27 | Mis Primeros Pasos |
| SR0000636417 | 2009-07-27 | Luis y Julian: Edixion Platino |
| SR0000638664 | 2009-08-13 | Edixion Platino / Los Plebeyos |
| SR0000638649 | 2009-08-13 | Cumbieros de Corazon |
| SR0000638666 | 2009-08-13 | Historia Grupera |
| SR0000638916 | 2009-08-13 | Los 15 Mejores Exitos |
| SR0000631668 | 2009-09-02 | 20 Huapangueros de Corazon / Various |
| SR0000631662 | 2009-09-02 | Con Banda: Los Plebeyos / Los Rehenes |
| SR0000631678 | 2009-09-02 | El Mayor De Los Rehenes / Paco Romo |
| SR0000631653 | 2009-09-02 | Las Mananitas / Mariachi Super Tecalitlan |
| SR0000631666 | 2009-09-02 | 2 Grandes Del Corrido: Luis y Julian/ Carlos y Jose |
| SR0000641881 | 2009-11-12 | 20 Cumbias Mexicana |

| | | |
|---|---|---|
| SR0000636369 | 2010-01-27 | Edixion Platino / Los Rehenes |
| SR0000644304 | 2010-01-27 | Gritemos La Independencia |
| SR0000644317 | 2010-01-27 | 15 Grandes Huapangos |
| SR0000636369 | 2010-01-27 | Edixion Platino |
| PA0001667314 | 2010-01-27 | Los Grandes De Tierra Caliente A Todo Video |
| SR0000644311 | 2010-01-27 | Polkeando Macizo |
| SR0000636575 | 2010-01-27 | Por El Mundo / Vallenatos De La Cumbia |
| SR0000644322 | 2010-01-27 | A Lo Duranguense |
| SR0000636576 | 2010-01-27 | Los Alegres Del Norte |
| PA0001679884 | 2010-03-05 | Nortenos De Corazon A Todo Video |
| PA0001679879 | 2010-03-15 | Las Preciosas Te Cantan A Todo Video |

**Attachment #1** 4