AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Platino Records, Inc., Antoine Music, Inc., <br><br> *Plaintiff(s)* <br> v. <br> Colonize Media, Inc., Yellowcake, Inc., Jose David Hernandez, Kevin Berger, and DOES 1-10, <br><br> *Defendant(s)* | Civil Action No. 2:20-CV-3159 DSF (JPRx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colonize Media, Inc. 701 East Canal Drive, Turlock, California 95380.

(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Larry Zerner
Law Office of Larry Zerner
1801 Century Park East, Ste. 2400, Los Angeles, CA 90067
Email: Larry@Zernerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/06/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-3159 DSF (JPRx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PLATINO RECORDS, INC. et al. v. COLONIZE MEDIA, INC., ET AL

CASE NO: 2:20-CV-3159 DSF (JPRx)

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

Colonize Media, Inc.
701 East Canal Drive
Turlock, California 95380

Yellowcake, Inc.
701 East Canal Drive
Turlock, California 95380

Jose David Hernandez
257 Garden Patch Way
Patterson, CA 95363

Kevin Berger
2260 Swan Park Dr.
Turlock, California 95382