Seth L. Berman, Esq.
Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Platino Records, Inc. and Antoine Music, Inc.,<br><br>Plaintiff(s)<br>v.<br><br>Colonize Media, Inc., Yellowcake, Inc., Jose David Hernandez, Kevin Berger, and DOES 1-10,<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-CV-3159-DSF-JPR<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Berman, Seth, L.   of   Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   3 Dakota Drive, Suite 300
516-328-2300        516-328-6638                            Lake Success, NY 11042
*Telephone Number*   *Fax Number*
sberman@abramslaw.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Colonize Media, Inc., Yellowcake, Inc., Jose David Hernandez and Kevin Berger

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Griffin, Jr., Thomas, P.   of   Hefner Stark & Marois, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2150 River Plaza Drive
155133         916-925-6620        916-925-1127              Suite 450
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Sacramento, CA 95833
tgriffin@hsmlaw.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application:
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office District.
 ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: May 29, 2020**

*[signature: Dale S. Fischer]*

**U.S. District Judge**

G-64 Order (05/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1