Seth L. Berman, Esq.
Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Platino Records, Inc. and Antoine Music, Inc., | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 2:20-CV-3159-DSF-JPR |
| Colonize Media, Inc., Yellowcake, Inc., Jose David Hernandez, Kevin Berger, and DOES 1-10, Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Berman, Seth, L.
*Applicant's Name (Last Name, First Name & Middle Initial)*
516-328-2300   516-328-6638
*Telephone Number*   *Fax Number*
sberman@abramslaw.com
*E-Mail Address*

of Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Colonize Media, Inc., Yellowcake, Inc., Jose David Hernandez and Kevin Berger

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Amin, Ismail
*Designee's Name (Last Name, First Name & Middle Initial)*
231232   949-502-7715   949-266-8406
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
iamin@talglaw.com
*E-Mail Address*

of The Amin Law Group, Ltd.
2211 Michelson Drive
Suite 1170
Irvine, CA 92612
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application:
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: June 16, 2020**

*/s/ Dale S. Fischer*
**U.S. District Judge**