Larry Zerner (155473)
larry@zernerlaw.com
Michael L. Lovitz (268976)
mlovitz@lovitziplaw.com
Lovitz IP Law PC
8335 W Sunset Blvd., Ste. 314
West Hollywood, CA 90069
Telephone:    (323) 337-9088
Facsimile:    (310) 861-6566

Attorneys for Plaintiffs Platino Records, Inc.,
and Antoine Music, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Platino Records, Inc. and Antoine Music, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Colonize Media, Inc., Yellowcake, Inc., Jose David Hernandez, Kevin Berger, and DOES 1-10, <br><br> Defendants. | Case No. 2:20-CV-3159-DSF-JPR <br><br> Answer of Platino Records, Inc., and Antoine Music, Inc. to Counter-Claims |

Plaintiffs and Cross-Defendants Platino Records, Inc. ("Platino") and Antoine Music, Inc., ("Antoine") (collectively, "Counter-Defendants") file their Answers and Affirmative Defenses to Defendants Cross-Complaint and state as follows:

**THE PARTIES**

1. Counter-Defendants admit the allegations of Paragraph 1 of the Counter-Complaint.

2. Counter-Defendants admit the allegations of Paragraph 2 of the Counter-Complaint.

3. Counter-Defendants admit the allegations of Paragraph 3 of the Counter-Complaint.

4. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 4 of the Counter-Complaint and therefore deny the allegations.

5. Counter-Defendants admit the allegations of Paragraph 5 of the Counter-Complaint.

6. Counter-Defendants admit the allegations of Paragraph 6 of the Counter-Complaint.

7. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 7 of the Counter-Complaint and therefore deny the allegations.

8. Counter-Defendants admit the allegations of Paragraph 8 of the Counter-Complaint.

9. Counter-Defendants admit the allegations of Paragraph 9 of the Counter-Complaint. [Check with Alberto as to Maria as owner]

10. Counter-Defendants admit the allegations of Paragraph 10 of the Counter-Complaint.

11. Counter-Defendants admit the allegations of Paragraph 11 of the Counter-Complaint.

12. Counter-Defendants admit the allegations of Paragraph 12 of the Counter-Complaint.

13. Counter-Defendants admit the allegations of Paragraph 13 of the Counter-Complaint.

**JURISDICTION AND VENUE**

14. Counter-Defendants admit the allegations of Paragraph 14 of the Counter-Complaint.

15. Counter-Defendants admit the allegations of Paragraph 15 of the Counter-Complaint.

16. Counter-Defendants admit the allegations of Paragraph 16 of the Counter-Complaint.

17. Counter-Defendants admit the allegations of Paragraph 17 of the Counter-Complaint.

18. Counter-Defendants admit the allegations of Paragraph 18 of the Counter-Complaint.

19. Counter-Defendants admit the allegations of Paragraph 19 of the Counter-Complaint.

## **FACTS COMMON TO ALL COUNTERCLAIMS**

20. Counter-Defendants admit that on or about August 15, 2013, RBV purchased fifty percent (50%) of the Masters developed in Platino between 1996 and 2008 (the "Pre-2008 Masters") pursuant to the terms of the APA. Counter-Defendants deny the remaining allegations in Paragraph 20 of the Cross-Complaint.

21. Platino admits that pursuant to the terms of the APA, Platino retained the rights to sell physical copies of the Pre-2008 Masters. Counter-Defendants deny the remaining allegations in Paragraph 21 of the Cross-Complaint.

22. Counter-Defendants admit the allegations of Paragraph 22 of the Counter-Complaint to the extent that Counter-Claimants are alleging that Platino assigned the remaining fifty percent (50%) ownership interest in the Pre-2008 Masters to M. Mitchell.

23. Counter-Defendants admit the allegations of Paragraph 23 of the Counter-Complaint to the extent that the ownership interests acquired were in the Pre-2008 Masters.

24. Counter-Defendants admit the allegations of Paragraph 24 of the Counter-Complaint.

25. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 25 of the Counter-Complaint and therefore deny the allegations.

26. Counter-Defendants admit the allegations of Paragraph 26 of the Counter-Complaint to the extent that Counter-Claimants are alleging that RBV acquired the exclusive right to distribute and exploit only the <u>digital</u> copies of the Pre-2008 Masters.

27. Counter-Defendants deny the allegations of Paragraph 27 of the Counter-Complaint.

28. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 28 of the Counter-Complaint and therefore deny the allegations.

29. Counter-Defendants admit the allegations of Paragraph 29 of the Counter-Complaint to the extent that Counter-Claimants are alleging that ownership of the Pre-2008 Masters was distributed fifty percent (50%) each to Hernandez and M. Mitchell.

30. Counter-Defendants admit the allegations of Paragraph 30 of the Counter-Complaint to the extent that Counter-Claimants are alleging that the exclusive right to distribute and exploit <u>digital</u> copies of the Pre-2008 Masters remained with Colonize.

31. Counter-Defendants admit the allegations of Paragraph 31 of the Counter-Complaint to the extent that Counter-Claimants are alleging that M. Mitchell assigned her fifty percent (50%) ownership interest in the Pre-2008 Masters to Antoine.

32. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32 of the Counter-Complaint and therefore deny the allegations.

33. Counter-Defendants admit that Antoine owns fifty percent of the Pre-2008 Masters. Counter-Defendants lack knowledge or information sufficient to know if Yellowcake owns fifty percent of the Pre-2008 Masters. Counter-Defendants deny the remaining allegations of Paragraph 33 of the Counter-Complaint.

34. Counter-Defendants deny the allegations in Paragraph 34 of the Cross-Complaint.

35. Counter-Defendants deny the allegations in Paragraph 35 of the Cross-Complaint.

36. Counter-Defendants deny the allegations in Paragraph 36 of the Cross-Complaint.

37. Counter-Defendants deny the allegations in Paragraph 37 of the Cross-Complaint.

38. Counter-Defendants admit the allegations of Paragraph 38 of the Counter-Complaint except the part where it says "pursuant to the A.Mitchell/Platino Distribution Agreement." That part Counter-Defendants deny.

39. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 39 of the Counter-Complaint and therefore deny the allegations.

40. Counter-Defendants deny the allegations in Paragraph 40 of the Cross-Complaint.

41. Counter-Defendants admit the allegations of Paragraph 41 of the Counter-Complaint.

42. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 42 of the Counter-Complaint and therefore deny the allegations.

43. Counter-Defendants admit the allegations of Paragraph 43 of the Counter-Complaint to the extent that the exploitation rights acquired were in the Pre-2008 Masters and the Platino Catalog.

44. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 44 of the Counter-Complaint and therefore deny the allegations.

45. Counter-Defendants deny the allegations in Paragraph 45 of the Cross-Complaint.

46. Counter-Defendants deny the allegations in Paragraph 46 of the Cross-Complaint.

47. Counter-Defendants deny the allegations in Paragraph 47 of the Cross-Complaint.

48. Counter-Defendants deny the allegations in Paragraph 48 of the Cross-Complaint.

49. Counter-Defendants deny the allegations in Paragraph 49 of the Cross-Complaint.

50. Counter-Defendants deny the allegations in Paragraph 50 of the Cross-Complaint.

51. Counter-Defendants deny the allegations in Paragraph 51 of the Cross-Complaint.

52. Counter-Defendants deny the allegations in Paragraph 52 of the Cross-Complaint.

## AS AND FOR A FIRST COUNTERCLAIM AND FIRST THIRD-PARTY CLAIM

### (Declaratory Judgment)

53. Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 52 of the Complaint and incorporate them by reference as though set forth fully herein.

54. Counter-Defendants deny the allegations in Paragraph 54 of the Cross-Complaint.

55. Counter-Defendants deny the allegations in Paragraph 55 of the Cross-Complaint.

56. Counter-Defendants deny the allegations in Paragraph 56 of the Cross-Complaint.

57. Counter-Defendants deny the allegations in Paragraph 57 of the Cross-Complaint.

58. Counter-Defendants deny the allegations in Paragraph 58 of the Cross-Complaint.

59. Counter-Defendants deny the allegations in Paragraph 59 of the Cross-Complaint.

60. Counter-Defendants deny the allegations in Paragraph 60 of the Cross-Complaint.

61. Counter-Defendants deny the allegations in Paragraph 61 of the Cross-Complaint.

## AS AND FOR A SECOND COUNTERCLAIM
### (Copyright Infringement)

62. Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 61 of the Complaint and incorporate them by reference as though set forth fully herein.

63. Counter-Defendants admit the allegations of Paragraph 63 of the Counter-Complaint.

64. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 64 of the Counter-Complaint and therefore deny the allegations.

65. Counter-Defendants admit the allegations of Paragraph 65 of the Counter-Complaint.

66. Counter-Defendants deny the allegations in Paragraph 66 of the Cross-Complaint.

67. Counter-Defendants deny that Yellowcake or its predecessors-in-interest needed to grant Platino the right or authorization to digitally exploit the M-Gen Catalog and on that basis deny the allegations in Paragraph 67 of the Cross-Complaint.

68. Counter-Defendants deny the allegations in Paragraph 68 of the Cross-Complaint.

69. Counter-Defendants deny the allegations in Paragraph 69 of the Cross-Complaint.

70. Counter-Defendants deny the allegations in Paragraph 70 of the Cross-Complaint.

71. Counter-Defendants deny the allegations in Paragraph 71 of the Cross-Complaint.

72. Counter-Defendants deny the allegations in Paragraph 72 of the Cross-Complaint.

73. Counter-Defendants deny the allegations in Paragraph 73 of the Cross-Complaint.

74. Counter-Defendants deny the allegations in Paragraph 74 of the Cross-Complaint.

75. Counter-Defendants deny the allegations in Paragraph 75 of the Cross-Complaint.

### AS AND FOR A THIRD COUNTERCLAIM AND SECOND THIRD-PARTY CLAIM

**(Contributory Copyright Infringement)**

76. Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 75 of the Complaint and incorporate them by reference as though set forth fully herein.

77. Counter-Defendants deny the allegations in Paragraph 77 of the Cross-Complaint.

78. Counter-Defendants deny that Yellowcake or its predecessors-in-interest needed to authorize Antoine, its individual owners, affiliates, subsidiaries and/or parent company or A. Mitchell or M. Mitchell to reproduce, create derivates of, distribute and/or perform by means of digital transmission any of the M-Gen Catalog and on that basis deny the allegations in Paragraph 78 of the Cross-Complaint.

79. Counter-Defendants deny the allegations in Paragraph 79 of the Cross-Complaint.

80. Counter-Defendants deny the allegations in Paragraph 80 of the Cross-Complaint.

81. Counter-Defendants deny the allegations in Paragraph 81 of the Cross-Complaint.

82. Counter-Defendants deny the allegations in Paragraph 82 of the Cross-Complaint.

83. Counter-Defendants deny the allegations in Paragraph 83 of the Cross-Complaint.

84. Counter-Defendants deny the allegations in Paragraph 84 of the Cross-Complaint.

## AS AND FOR A FOURTH COUNTERCLAIM
### (Breach of Contract)

85. Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 84 of the Complaint and incorporate them by reference as though set forth fully herein.

86. Counter-Defendants deny the allegations in Paragraph 86 of the Cross-Complaint.

87. Counter-Defendants deny the allegations in Paragraph 87 of the Cross-Complaint.

88. Counter-Defendants deny the allegations in Paragraph 88 of the Cross-Complaint.

89. Counter-Defendants deny the allegations in Paragraph 89 of the Cross-Complaint.

90. Counter-Defendants deny the allegations in Paragraph 90 of the Cross-Complaint.

## AS AND FOR A FIFTH COUNTERCLAIM

### (Accounting)

91.　Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 90 of the Complaint and incorporate them by reference as though set forth fully herein.

92.　Counter-Defendants deny the allegations in Paragraph 92 of the Cross-Complaint.

93.　Counter-Defendants deny the allegations in Paragraph 93 of the Cross-Complaint.

94.　Counter-Defendants deny the allegations in Paragraph 94 of the Cross-Complaint.

95.　Counter-Defendants deny the allegations in Paragraph 95 of the Cross-Complaint.

96.　Counter-Defendants deny the allegations in Paragraph 96 of the Cross-Complaint.

97.　Counter-Defendants deny the allegations in Paragraph 97 of the Cross-Complaint.

98.　Counter-Defendants deny the allegations in Paragraph 98 of the Cross-Complaint.

99.　Counter-Defendants deny the allegations in Paragraph 99 of the Cross-Complaint.

## AS AND FOR A SIXTH COUNTERCLAIM
## AND THIRD THIRD-PARTY CLAIM

### (Violation of the Computer Fraud and Abuse Act- 18 U.S.C. § 1030 *et seq.*)

100.　Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 99 of the Complaint and incorporate them by reference as though set forth fully herein.

101. Counter-Defendants deny the allegations in Paragraph 101 of the Cross-Complaint.

102. Counter-Defendants deny the allegations in Paragraph 102 of the Cross-Complaint.

103. Counter-Defendants deny the allegations in Paragraph 103 of the Cross-Complaint.

104. Counter-Defendants deny the allegations in Paragraph 104 of the Cross-Complaint.

105. Counter-Defendants deny the allegations in Paragraph 105 of the Cross-Complaint.

106. Counter-Defendants deny the allegations in Paragraph 106 of the Cross-Complaint.

## AS AND FOR A SEVENTH COUNTERCLAIM AND FOURTH THIRD-PARTY CLAIM

### (Violation of California Comprehensive Computer Data Access and Fraud Act- California Penal Code § 502)

107. Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 106 of the Complaint and incorporate them by reference as though set forth fully herein.

108. Counter-Defendants deny the allegations in Paragraph 108 of the Cross-Complaint.

109. Counter-Defendants deny the allegations in Paragraph 109 of the Cross-Complaint.

110. Counter-Defendants deny the allegations in Paragraph 110 of the Cross-Complaint.

111. Counter-Defendants deny the allegations in Paragraph 111 of the Cross-Complaint.

112. Counter-Defendants deny the allegations in Paragraph 112 of the Cross-Complaint.

113. Counter-Defendants deny the allegations in Paragraph 113 of the Cross-Complaint.

114. Counter-Defendants deny the allegations in Paragraph 114 of the Cross-Complaint.

115. Counter-Defendants deny the allegations in Paragraph 115 of the Cross-Complaint.

116. Counter-Defendants deny the allegations in Paragraph 116 of the Cross-Complaint.

## AS AND FOR AN EIGHTH COUNTERCLAIM AND FIFTH THIRD-PARTY CLAIM

**(Intentional Interference with Prospective Economic Relations)**

117. Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 116 of the Complaint and incorporate them by reference as though set forth fully herein.

118. Counter-Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 118 of the Counter-Complaint and therefore deny the allegations.

119. Counter-Defendants deny the allegations in Paragraph 119 of the Cross-Complaint.

120. Counter-Defendants deny the allegations in Paragraph 120 of the Cross-Complaint.

121. Counter-Defendants deny the allegations in Paragraph 121 of the Cross-Complaint.

## AS AND FOR A NINTH COUNTERCLAIM AND SIXTH THIRD-PARTY CLAIM

**(Money Had and Received)**

122. Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 121 of the Complaint and incorporate them by reference as though set forth fully herein.

123. Counter-Defendants deny the allegations in Paragraph 123 of the Cross-Complaint.

## AS AND FOR A TENTH COUNTERCLAIM
## AND SEVENTH THIRD-PARTY CLAIM
**(Unjust Enrichment)**

124. Cross-Defendants repeat and repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1 through 123 of the Complaint and incorporate them by reference as though set forth fully herein.

125. Counter-Defendants deny the allegations in Paragraph 125 of the Cross-Complaint.

126. Counter-Defendants deny the allegations in Paragraph 126 of the Cross-Complaint.

127. Counter-Defendants deny the allegations in Paragraph 127 of the Cross-Complaint.

128. Counter-Defendants deny the allegations in Paragraph 128 of the Cross-Complaint.

**AFFIRMATIVE DEFENSES**

*FIRST DEFENSE*

Counter-Claimants' Complaint fails to state a claim upon which relief may be granted.

*SECOND DEFENSE*

The claims in the Complaint are barred in whole or in part by the applicable statute of limitations in 17 U.S.C. § 507(b).

### THIRD DEFENSE

The claims in the Complaint are barred in whole or in part by implied license or contract.

### FOURTH DEFENSE

The claims in the Complaint are barred in whole or in part by the doctrine of "fair use."

### FIFTH DEFENSE

The claims in the Complaint are barred in whole or in part by the doctrines of equitable estoppel, consent, and/or waiver.

### SIXTH DEFENSE

The claims in the Complaint are barred in whole or in part by the doctrine of copyright misuse.

### SEVENTH DEFENSE

Counter-Claimants' common law claims are preempted by federal law.

### EIGHTH DEFENSE

Counter-Claimants' claims are barred by the doctrine of unclean hands.

### NINTH DEFENSE

Counter-Claimants' claims are barred in whole or in part by the acts or omissions of Counter-Claimants and their own negligence and/or lack of due diligence, including without limitation, failure to register with or obtain certification from the U.S. Copyright Office.

### TENTH DEFENSE

Counter-Claimants' claims are barred by the Statute of Frauds.

### *ELEVENTH DEFENSE*

Counter-Claimants' claims are barred by documentary evidence.

### *TWELFTH DEFENSE*

Counter-Claimants failed to follow the notice procedures required by 17 U.S.C. § 512 *et seq*.

### *THIRTEENTH DEFENSE*

Counter-Claimants lack standing to bring this action.

### *FOURTEENTH DEFENSE*

Defendants' investigation into the claims asserted in the Complaint is ongoing.

### PRAYER FOR RELIEF

WHEREFORE, Counter-Claimants pray that this Court:

1. Enter judgment in their favor on each and every claim set forth in the counter-claim;

2. Dismiss the Counter-Claim with prejudice;

3. Award Counter-Claimants their costs and attorneys' fees in this action pursuant to 17 U.S.C. § 505 and other applicable laws; and

4. Awarding such other and further relief as this Court may deem just and appropriate.

Dated: June 22, 2020                         Law Office of Larry Zerner

                                             By: /Larry Zerner/
                                             Larry Zerner
                                             Attorney for Plaintiffs and Counter-
                                             Defendants Platino Records, Inc. and
                                             Antoine Music, Inc.