**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (SBN 155133)
   tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
   sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Defendants/Counterclaimants/Third-Party Plaintiffs COLONIZE MEDIA, INC., YELLOWCAKE, INC., JOSE DAVID HERNANDEZ, and KEVIN BERGER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATINO RECORDS, INC. and ANTOINE MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLONIZE MEDIA, INC., YELLOWCAKE, INC., JOSE DAVID HERNANDEZ, KEVIN BERGER, and DOES 1-10, <br><br> Defendants. | **Case No.: 2:20-CV-3159-DSF-JPR** <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Judge: Dale S. Fischer |

---

1

**JOINT NOTICE OF SETTLEMENT**

|   |   |
|---|---|
| COLONIZE MEDIA, INC., YELLOWCAKE, INC., JOSE DAVID HERNANDEZ, KEVIN BERGER, and DOES 1-10, | ) ) ) ) |
| Third-Party Plaintiffs, | ) |
| v. | ) ) |
| ALBERTO MITCHELL and MARIA MITCHELL, | ) ) ) |
| Third-Party Defendants. | ) |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiffs PLATINO RECORDS, INC. and ANTOINE MUSIC, INC., Third-Party Defendants ALBERTO MITCHELL and MARIA MITCHELL, and Defendants/Third-Party Plaintiffs COLONIZE MEDIA, INC., YELLOWCAKE, INC., JOSE DAVID HERNANDEZ, KEVIN BERGER have reached a settlement in the above-captioned action. An executed Stipulation of Dismissal of the entire action will be filed shortly.

Dated: February 16, 2021

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**

By: _____
Seth L. Berman, Esq.
(*admitted pro hac vice*)

and

**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)

HEFNER STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620

*Attorneys for Defendants/Third-Party Plaintiffs*

_____
Larry Zerner, Esq.
*Attorney for Plaintiffs and Cross-Defendants*

HEFNER STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620

**JOINT NOTICE OF SETTLEMENT**