JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATINO RECORDS, INC. and ANTOINE MUSIC, INC., | Case No.: 2:20-CV-3159-DSF-JPR |
| Plaintiffs, | **ORDER** |
| v. | |
| | Judge: Dale S. Fischer |
| COLONIZE MEDIA, INC., YELLOWCAKE, INC., JOSE DAVID HERNANDEZ, KEVIN BERGER, and DOES 1-10, | |
| Defendants. | |
| | |
| COLONIZE MEDIA, INC., YELLOWCAKE, INC., JOSE DAVID HERNANDEZ, KEVIN BERGER, and DOES 1-10, | |
| Third-Party Plaintiffs, | |
| v. | |
| ALBERTO MITCHELL and MARIA MITCHELL, | |
| Third-Party Defendants. | |

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Court being fully advised and good and sufficient cause appearing, the parties' Stipulation of Dismissal is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiffs PLATINO RECORDS, INC. and ANTOINE MUSIC, INC.'s entire complaint against Defendants/Third-Party Plaintiffs COLONIZE MEDIA, INC., YELLOWCAKE, INC., JOSE DAVID HERNANDEZ, KEVIN BERGER is hereby dismissed with prejudice in its entirety;

**IT IS HEREBY FURTHER ORDERED** that Defendants/Third-Party Plaintiffs COLONIZE MEDIA, INC., YELLOWCAKE, INC., JOSE DAVID HERNANDEZ, KEVIN BERGER'S entire Counterclaims and Third-Party Complaint, including all causes of action alleged therein are dismissed with prejudice it their entirety; and

**IT IS HEREBY FURTHER ORDERED** that all parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 17, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE